1 | **PETER C. ANDERSON**
United States Trustee
2 | **FRANK M. CADIGAN (Bar No. 95666)**
Assistant United States Trustee
3 | OFFICE OF THE UNITED STATES TRUSTEE
RONALD REAGAN FEDERAL BUILDING &
4 |      UNITED STATES COURTHOUSE
411 W. Fourth St., Ste. 9041
5 | Santa Ana, CA 92701-8000
Telephone:  (714) 338-3400
6 | Facsimile:  (714) 338-3421
email: frank.cadigan@usdoj.gov
7 |

8 | UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
9 | SANTA ANA DIVISION

10 |

| | |
|---|---|
| In re: | CASE NO.: **8:10-bk-16743 RK** |
| | CHAPTER 11 |
| **WESTCLIFF MEDICAL LABORATORIES, INC.,** | APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |
| | NO HEARING REQUIRED |
| Debtor | |

18 |     Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby

19 | appoints the following seven (7) members to serve on the

20 | Committee of Creditors holding unsecured claims:

21 |

22 | SEE EXHIBIT "A" ATTACHED

23 |

24 | DATED: <u>MAY 24, 2010</u>        Respectfully submitted,
OFFICE OF THE UNITED STATES TRUSTEE

25 |

26 | <u>/S/FRANK M. CADIGAN</u>
FRANK M. CADIGAN
27 | Assistant United States Trustee

28 |

1  IN RE:    **WESTCLIFF MEDICAL LABORATORIES, INC.**
   CASE NO.: **8:10-bk-16743 RK**

2

3  SPECIALTY LABORATORIES
   Attn: Sharon Z. Weiss
4  Holes Roberts & Owen LLP
   800 W. Olympic Blvd., 4th Floor
5  Los Angeles, CA 90015-1367
   Telephone: (213) 572-4324
6  Facsimile: (213) 572-4400
   email: Sharon.Weiss@hro.com

7

8  SIEMENS HEALTHCARE DIAGNOSTICS
   Attn: Yesim Brisbane
9  P.O. Box 6101, MS 802
   Newark, DE 19714-6101
10 Telephone: (302) 631-8544
   Facsimile: (302) 631-0428
11 email: yesim.h.brisbane@siemens.com

12

   ROCHE DIAGNOSTICS CORPORATION
13 Attn: Wayne Mathias
   9115 Hague Road
14 Indianapolis, IN 46250
   Telephone: (317) 521-2042
15 Facsimile: (317) 521-3245
   email: wayne.mathias@roche.com

16

17 DIASORIN INC.
   Attn: Neal Domeyer
18 1951 Northwestern Avenue
   P.O. Box 285
19 Stillwater, MN 55082
   Telephone: (651) 351-5520
20 Facsimile: (651) 351-5669
   email: neal.domeyer@diasorin.com

21

22 QIAGEN
   Attn: Jonathan Isaac
23 1201 Clopper Road
   Gaithersburg, MD 20878
24 Telephone: (301) 944-7034
   Facsimile: (240) 632-7576
25 email: jonathan.isaac@QIAGEN.com

26

27

28             EXHIBIT "A" PAGE 1 OF 2

1    IRVINE CORPORATE CENTER, LLC
     Attn: Jim Savory
2    252 Clayton Street
     Denver, CO 80206
3    Telephone: (303) 398-0320
     Facsimile: (866) 351-9458
4    email: jsavory@broe.com

5

     GENZYME CORPORATION
6    Attn: D. Ross Martin
     Ropes & Gray LLP
7    One International Place
     Boston, MA 02110
8    Telephone: (617) 951-7266
     Facsimile: (617) 235-0454
9    email: ross.martin@ropesgray.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                           EXHIBIT "A" PAGE 2 OF 2

| In re WESTCLIFF MEDICAL LABORATORIES, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-bk-16743-RK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 411 WEST FOURTH ST., #9041, SANTA ANA, CA  92701.

The foregoing document described as  **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 24, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold     tma@lnbrb.com
- Ron Bender     rb@lnbrb.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Jacqueline L Rodriguez     jlr@lnbrb.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 24, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Westcliff Medical Laboratories, Inc.**, 1821 E. Dyer Road, #100, Santa Ana, CA 92705

_____Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 24, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Robert Kwan  -- Bin outside Rm. 5097

_____Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/24/10 | DINAH GROSCH | /s/ Dinah Grosch |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           **F 9013-3.1**