```
RON BENDER (SBN 143364)
JACQUELINE L. RODRIGUEZ (SBN 198838)
TODD M. ARNOLD (SBN 221868)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  rb@lnbrb.com, jlr@lnbrb.com,
        tma@lnbrb.com, jpf@lnbrb.com

Proposed Attorneys for Chapter 11
Debtors and Debtors in Possession
```

**FILED & ENTERED**

**MAY 25 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ngo    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(SANTA ANA DIVISION)**

| | |
|---|---|
| In re:<br><br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br><br>          Debtor.<br>_____<br><br>BIOLABS, INC.,<br><br>          Debtor.<br>_____<br><br>☒ Affects Both Debtors<br><br>☐ Affects WESTCLIFF MEDICAL<br>   LABORATORIES, INC. only<br><br>☐ Affects BIOLABS, INC. only | Lead Case No. 8:10-bk-16743-TA<br>Jointly Administered with Case No. 8:10-16746-TA<br><br>Chapter 11 Cases<br><br>**ORDER GRANTING DEBTORS' EX PARTE EMERGENCY MOTION FOR JOINT ADMINISTRATION OF CASES**<br><br>**[No Hearing Required]** |

1

At the above-referenced date, time, and location, the Court held a hearing on the Emergency Motion for Joint Administration of Cases (the "Motion") filed by, Westcliff Medical Laboratories, Inc. ("Westcliff") and BioLabs, Inc., ("BioLabs" and, collectively with Westcliff, the "Debtors"), the debtors and debtors in possession in the above-referenced, jointly-administered chapter 11 cases,. Appearances were made as set forth on the record of the Court.

The Court, having considered the Motion and all papers filed by the Debtors in support of the Motion, and the oral arguments and statements of counsel made at the hearing on the Motion, proper notice of the Motion and the hearing on the Motion having been provided, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

A.   The Motion is hereby granted in its entirety.

B.   The above-captioned chapter 11 cases shall be consolidated for procedural purposes and shall be jointly administered under Case No. 8:10-bk-16743-TA.

C.   The caption of the jointly administered cases shall read as follows:

|   |   |
|---|---|
| In re:<br><br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br><br>        Debtor.<br>_____<br><br>BIOLABS, INC.,<br><br>        Debtor.<br>_____<br><br>☐ Affects Both Debtors<br><br>☐ Affects WESTCLIFF MEDICAL LABORATORIES, INC. only<br><br>☐ Affects BIOLABS, INC. only | Lead Case No. 8:10-bk-16743-TA<br>Jointly Administered with Case No. 8:10-bk-16746-TA<br><br>Chapter 11 Cases<br><br><br><br><br><br><br><br>Court Scheduled Hearing:<br>Date: _____<br>Time: _____<br>Place: Courtroom "5D"<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

    D.    The Clerk of the Court shall enter all documents filed in the Debtors' cases on the docket for Case No. 8:10-bk-16743-TA.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

3

1      E.   Notwithstanding the joint administration of the Cases, creditors shall be required to file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

# # #

DATED: May 25, 2010

*Theodor C. Albert*
United States Bankruptcy Judge

Case 8:10-bk-16743-TA    Doc 39    Filed 05/25/10    Entered 05/25/10 14:17:45    Desc
Main Document      Page 5 of 13

| | |
|---|---|
| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC., Debtor(s).<br>BIOLABS, INC.,<br>Debtor. | CHAPTER  11<br>[Proposed] Lead Case No. 8:10-bk-16743 TA<br>[Proposed] Jointly Administered with Case No. 8:10-bk-16746 TA |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described as [PROPOSED] ORDER GRANTING DEBTORS' <u>EX PARTE</u> EMERGENCY MOTION FOR JOINT ADMINISTRATION OF CASES   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 20, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **May 20, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

Via Federal Express or Overnight Mail

☒   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 20, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

**Via email**
Frank.Cadigan@usdoj.gov,  nancy.goldenberg@usdoj.gov, Terry.Biers@usdoj.gov (U.S. Trustee's Office)
rrogers@winston.com (Counsel to GE Business Financial Services, Inc)

**VIA MESSENGER SERVICE**
Hon. Robert Kwan
United States Bankruptcy Judge
United States Bankruptcy Court
Courtroom 5D
411 West Fourth Street
Santa Ana, CA 92701

☐   Service information continued on attached page

1
2  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3  | **May 20, 2010** | Jason Klassi | */s/ Jason Klassi* |
   |---|---|---|
   | *Date* | *Type Name* | *Signature* |

4  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5  *January 2009*  **F 9013-3.1**

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| Westcliff Medical Laboratories, Inc.<br>File No. 4367<br>Secured Creditors | <u>Debtor</u><br>Westcliff Medical Laboratories, Inc<br>1821 E. Dyer Road, #100<br>Santa Ana, CA 92705-0000 | **Frank Cadigan**<br>**Nancy Goldenberg**<br>**Terry Biers**<br>**Office of the U.S. Trustee**<br>**411 West Fourth St. Suite 9041**<br>**Santa Ana, CA 92701** |
| Bank of America, N.A.<br>As Successor by Merger to LaSalle<br>Bank N<br>135 South LaSalle Street<br>Chicago, IL 60603 | Becton Dickinson & Co.<br>Attn: Officer/Director/Legal Dept.<br>1 Becton Drive<br>Franklin Lakes, NJ 07417 | BMT Leasing, Inc.<br>Attn: Officer/Director/Legal Dept.<br>P.O. Box 692<br>Bryn Mawr, PA 19010 |
| CapitalSource Finance LLC<br>Gregory Browne, Managing Partner<br>4445 Willard Avenue, Twelfth Floor<br>Chevy Chase, MD 20815 | Cisco Systems Capital Corp.<br>Attn: Officer/Director/Legal Dept.<br>170 W. Tasman Drive, MS SJ13-3<br>San Jose, CA 95134 | CYTYC Limited Partnership<br>Attn: Officer/Director/Legal Dept.<br>250 Campus Drive<br>Marlborough, MA 01752 |
| Diasorin, Inc.<br>Attn: Officer/Director/Legal Dept.<br>1951 Northwestern Avenue<br>Stillwater, MN 55082 | GE Business Financial Serv., Inc.<br>Attn: Officer/Director/Legal Dept.<br>2 Bethesda Metro Ctr., Suite 600<br>Bethesda, MD 20814 | GE Capital Business Fin. Serv., Inc<br>Attn: Officer/Director/Legal Dept.<br>2 Bethesda Metro Center, Suite 600<br>Bethesda, MD 20814 |
| Jules and Associates, Inc.<br>Attn: Officer/Director/Legal Dept.<br>515 S. Figueroa St., Suite 1950<br>Los Angeles, CA 90071 | Leasing Assoc. of Barrington, Inc.<br>Attn: Officer/Director/Legal Dept.<br>33 W. Higgins Road, Suite 1030<br>South Barrington, IL 60010 | M & I Marshall & Ilsley Bank<br>Attn: Officer/Director/Legal Dept.<br>770 N. Water Street<br>Milwaukee, WI 53202 |
| Merril Lynch Capital<br>Attn: Officer/Director/Legal Dept.<br>222 North LaSalle St., 16th Fl.<br>Chicago, IL 60601 | Merril Lynch Capital, a Division of<br>Merril Lynch Bus. Fin. Serv., Inc., as A<br>222 North LaSalle St., 16th Fl.<br>Chicago, IL 60601 | Norlease, Inc.<br>Attn: Officer/Director/Legal Dept.<br>50 South LaSalle Street<br>Chicago, IL 60675 |
| Olympus America, Inc.<br>Attn: Officer/Director/Legal Dept.<br>3500 Corporate Parkway<br>Center Valley, PA 18034 | Phadia US Inc.<br>Attn: Officer/Director/Legal Dept.<br>4169 Commercial Ave.<br>Portage, MI 49002 | Pitney Bowes Credit Corp.<br>Attn: Officer/Director/Legal Dept.<br>27 Waterview Drive<br>Shelton, CT 06484 |
| Pitney Bowes Global Fin. Serv., Inc<br>Attn: Officer/Director/Legal Dept.<br>27 Waterview Drive<br>Shelton, CT 06484 | Roche Diagnostics Corporation<br>Attn: Officer/Director/Legal Dept.<br>9115 Hague Road<br>Indianapolis, IN 46250 | Sandelman Finance 2006-1, Ltd<br>C/O Sandelman Partners LP, Bill Brown<br>500 Park Avenue, 3rd Fl.<br>New York, NY 10022 |
| TCF Equipment Finance, Inc.<br>Attn: Officer/Director/Legal Dept.<br>11100 Wayzata Blvd., Suite 801<br>Minnetonka, MN 55305 | <u>Counsel to GE Business Financial</u><br><u>Services, Inc.</u><br>Randy Rogers<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5802 | |

In re Westcliff Medical Laboratories
File No. 4367
20 Largest

| | | |
|---|---|---|
| SPECIALTY LABORATORIES, INC.<br>Attn: Anna Tutunjian<br>27027 Tourney Road<br>Valencia, CA 91355 | SIEMENS HEALTHCARE DIAGNOSTICS<br>Attn: Paul Dinapoli<br>DEPT. 1102<br>P.O. BOX 121102 | VWR INTERNATIONAL<br>Attn: John Johnson<br>P O BOX 31001-1257<br>Pasadena, CA 91110-1257 |
| ROCHE DIAGNOSTICS CORPORATION<br>Attn: Karen Gorman<br>DEPT AT 952243<br>Atlanta, GA 31192-2243 | CYTYC HOLOGIC LIMITED PARTNERSHIP<br>Attn: Cherl Corey<br>24506 NETWORK PLACE<br>Chicago, IL 60673-1245 | IRVINE CORPORATE CENTER, LLC.<br>c/o BROE COMPANIES<br>P.O. BOX 974568<br>Dallas, TX 75397-4568 |
| DIASORIN INC.<br>Attn: Debbie Hakala<br>NW 8678<br>P.O.BOX 1450<br>MINNEAPOLIS, MN 55485-8678 | GRIFOLS USA, LLC<br>PO BOX 515037<br>Los Angeles, CA 90051-5037 | GENZYME GENETICS<br>PO BOX 223614<br>Pittsburgh, PA 15251-2614 |
| PHADIA<br>Attn: Billing Customer Service<br>22973 NETWORK PLACE<br>Chicago, IL 60673-1229 | QIAGEN INC<br>Attn: Windy Corea<br>P.O. BOX 5132<br>Carol Stream, IL 60197-5132 | TRIPATH IMAGING, INC<br>23934 NETWORK PLACE<br>Chicago, IL 60673-1239 |
| FISHER HEALTHCARE<br>Attn: Janet Opperman<br>2000 PARK LANE, 5th Floor<br>Pittsburgh, PA 15275 | BIOMERIEUX VITEK, INC.<br>P.O.BOX 500308<br>ST LOUIS, MO 63150-0308 | BECTON DICKINSON<br>DEPT LA 21445<br>PASADENA, CA 91185-1445 |
| AT & T<br>4441 AUBURN BLVD 36<br>Sacramento, CA 95841 | MCKESSON INFO SOLUTIONS<br>P.O. BOX 98347<br>Chicago, IL 60693-8347 | ALPHA SCIENTIFIC MEDICAL, INC<br>1751 YEAGER AVENUE,<br>La Verne, CA 91750 |
| KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | BECKMAN COULTER, INC<br>DEPT CH 10164<br>PALATINE, IL 60055-0164 | |

BioLabs
20 Largest

| | | |
|---|---|---|
| BioLabs, Inc.<br>1821 E. Dyer Road, #100<br>Santa Ana, CA 92705 | | U.S. Trustee - Santa Ana<br>411 West Fourth Street<br>Suite 9041<br>Santa Ana, CA 92701-8000 |
| CapitalSource Finance LLC<br>Gregory Browne, Managing Partner<br>4445 Willard Avenue, Twelfth Floor<br>Chevy Chase, MD 20815 | GE Business Fin. Services, Inc.<br>2 Bethesda Metro Ctr., Suite 600<br>Bethesda, MD 20814 | Merril Lynch Capital<br>222 North LaSalle St., 16th Fl.<br>Chicago, IL 60601 |
| Merril Lynch Capital, a Division of<br>Merril Lynch Bus. Fin. Serv., Inc.<br>222 North LaSalle St., 16th Fl.<br>Chicago, IL 60601 | Sandelman Finance 2006-1, Ltd<br>c/o Sandelman Prtnrs., Bill Brown<br>500 Park Avenue, 3rd Fl.<br>New York, NY 10022 | |

| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC., Debtor(s).<br>BIOLABS, INC.,<br>Debtor. | CHAPTER 11<br>[Proposed] Lead Case No. 8:10-bk-16743 TA<br>[Proposed] Jointly Administered with Case No. 8:10-bk-16746 TA |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER GRANTING DEBTORS' EX PARTE EMERGENCY MOTION FOR JOINT ADMINISTRATION OF CASES was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 20, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Ron Bender    rb@lnbrb.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Westcliff Medical Laboratories, Inc.
Biolabs, Inc.
1821 E. Dyer Rd., #100
Santa Ana, CA  92705

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:
Service on the attached list via U.S. Mail

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9021-1.1**

| | | |
|---|---|---|
| Westcliff Medical Laboratories, Inc.<br>File No. 4367<br>Secured Creditors | <u>Debtor</u><br>Westcliff Medical Laboratories, Inc<br>1821 E. Dyer Road, #100<br>Santa Ana, CA 92705-0000 | **Frank Cadigan**<br>**Nancy Goldenberg**<br>**Terry Biers**<br>**Office of the U.S. Trustee**<br>**411 West Fourth St. Suite 9041**<br>**Santa Ana, CA 92701** |
| Bank of America, N.A.<br>As Successor by Merger to LaSalle<br>Bank N<br>135 South LaSalle Street<br>Chicago, IL 60603 | Becton Dickinson & Co.<br>Attn: Officer/Director/Legal Dept.<br>1 Becton Drive<br>Franklin Lakes, NJ 07417 | BMT Leasing, Inc.<br>Attn: Officer/Director/Legal Dept.<br>P.O. Box 692<br>Bryn Mawr, PA 19010 |
| CapitalSource Finance LLC<br>Gregory Browne, Managing Partner<br>4445 Willard Avenue, Twelfth Floor<br>Chevy Chase, MD 20815 | Cisco Systems Capital Corp.<br>Attn: Officer/Director/Legal Dept.<br>170 W. Tasman Drive, MS SJ13-3<br>San Jose, CA 95134 | CYTYC Limited Partnership<br>Attn: Officer/Director/Legal Dept.<br>250 Campus Drive<br>Marlborough, MA 01752 |
| Diasorin, Inc.<br>Attn: Officer/Director/Legal Dept.<br>1951 Northwestern Avenue<br>Stillwater, MN 55082 | GE Business Financial Serv., Inc.<br>Attn: Officer/Director/Legal Dept.<br>2 Bethesda Metro Ctr., Suite 600<br>Bethesda, MD 20814 | GE Capital Business Fin. Serv., Inc<br>Attn: Officer/Director/Legal Dept.<br>2 Bethesda Metro Center, Suite 600<br>Bethesda, MD 20814 |
| Jules and Associates, Inc.<br>Attn: Officer/Director/Legal Dept.<br>515 S. Figueroa St., Suite 1950<br>Los Angeles, CA 90071 | Leasing Assoc. of Barrington, Inc.<br>Attn: Officer/Director/Legal Dept.<br>33 W. Higgins Road, Suite 1030<br>South Barrington, IL 60010 | M & I Marshall & Ilsley Bank<br>Attn: Officer/Director/Legal Dept.<br>770 N. Water Street<br>Milwaukee, WI 53202 |
| Merril Lynch Capital<br>Attn: Officer/Director/Legal Dept.<br>222 North LaSalle St., 16th Fl.<br>Chicago, IL 60601 | Merril Lynch Capital, a Division of<br>Merril Lynch Bus. Fin. Serv., Inc., as A<br>222 North LaSalle St., 16th Fl.<br>Chicago, IL 60601 | Norlease, Inc.<br>Attn: Officer/Director/Legal Dept.<br>50 South LaSalle Street<br>Chicago, IL 60675 |
| Olympus America, Inc.<br>Attn: Officer/Director/Legal Dept.<br>3500 Corporate Parkway<br>Center Valley, PA 18034 | Phadia US Inc.<br>Attn: Officer/Director/Legal Dept.<br>4169 Commercial Ave.<br>Portage, MI 49002 | Pitney Bowes Credit Corp.<br>Attn: Officer/Director/Legal Dept.<br>27 Waterview Drive<br>Shelton, CT 06484 |
| Pitney Bowes Global Fin. Serv., Inc<br>Attn: Officer/Director/Legal Dept.<br>27 Waterview Drive<br>Shelton, CT 06484 | Roche Diagnostics Corporation<br>Attn: Officer/Director/Legal Dept.<br>9115 Hague Road<br>Indianapolis, IN 46250 | Sandelman Finance 2006-1, Ltd<br>C/O Sandelman Partners LP, Bill Brown<br>500 Park Avenue, 3rd Fl.<br>New York, NY 10022 |
| TCF Equipment Finance, Inc.<br>Attn: Officer/Director/Legal Dept.<br>11100 Wayzata Blvd., Suite 801<br>Minnetonka, MN 55305 | <u>Counsel to GE Business Financial</u><br><u>Services, Inc.</u><br>Randy Rogers<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5802 | |

In re Westcliff Medical Laboratories
File No. 4367
20 Largest

| | | |
|---|---|---|
| SPECIALTY LABORATORIES, INC.<br>Attn: Anna Tutunjian<br>27027 Tourney Road<br>Valencia, CA 91355 | SIEMENS HEALTHCARE DIAGNOSTICS<br>Attn: Paul Dinapoli<br>DEPT. 1102<br>P.O. BOX 121102 | VWR INTERNATIONAL<br>Attn: John Johnson<br>P O BOX 31001-1257<br>Pasadena, CA 91110-1257 |
| ROCHE DIAGNOSTICS CORPORATION<br>Attn: Karen Gorman<br>DEPT AT 952243<br>Atlanta, GA 31192-2243 | CYTYC HOLOGIC LIMITED PARTNERSHIP<br>Attn: Cherl Corey<br>24506 NETWORK PLACE<br>Chicago, IL 60673-1245 | IRVINE CORPORATE CENTER, LLC.<br>c/o BROE COMPANIES<br>P.O. BOX 974568<br>Dallas, TX 75397-4568 |
| DIASORIN INC.<br>Attn: Debbie Hakala<br>NW 8678<br>P.O.BOX 1450<br>MINNEAPOLIS, MN 55485-8678 | GRIFOLS USA, LLC<br>PO BOX 515037<br>Los Angeles, CA 90051-5037 | GENZYME GENETICS<br>PO BOX 223614<br>Pittsburgh, PA 15251-2614 |
| PHADIA<br>Attn: Billing Customer Service<br>22973 NETWORK PLACE<br>Chicago, IL 60673-1229 | QIAGEN INC<br>Attn: Windy Corea<br>P.O. BOX 5132<br>Carol Stream, IL 60197-5132 | TRIPATH IMAGING, INC<br>23934 NETWORK PLACE<br>Chicago, IL 60673-1239 |
| FISHER HEALTHCARE<br>Attn: Janet Opperman<br>2000 PARK LANE, 5th Floor<br>Pittsburgh, PA 15275 | BIOMERIEUX VITEK, INC.<br>P.O.BOX 500308<br>ST LOUIS, MO 63150-0308 | BECTON DICKINSON<br>DEPT LA 21445<br>PASADENA, CA 91185-1445 |
| AT & T<br>4441 AUBURN BLVD 36<br>Sacramento, CA 95841 | MCKESSON INFO SOLUTIONS<br>P.O. BOX 98347<br>Chicago, IL 60693-8347 | ALPHA SCIENTIFIC MEDICAL, INC<br>1751 YEAGER AVENUE,<br>La Verne, CA 91750 |
| KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | BECKMAN COULTER, INC<br>DEPT CH 10164<br>PALATINE, IL 60055-0164 | |

BioLabs
20 Largest

```
 1   BioLabs, Inc.                                                              U.S. Trustee - Santa Ana
     1821 E. Dyer Road, #100                                                    411 West Fourth Street
 2   Santa Ana, CA 92705                                                        Suite 9041
                                                                                Santa Ana, CA 92701-8000
 3

 4   CapitalSource Finance LLC          GE Business Fin. Services, Inc.         Merril Lynch Capital
     Gregory Browne, Managing Partner   2 Bethesda Metro Ctr., Suite 600        222 North LaSalle St., 16th Fl.
 5   4445 Willard Avenue, Twelfth Floor Bethesda, MD 20814                      Chicago, IL 60601
     Chevy Chase, MD 20815
 6

 7   Merril Lynch Capital, a Division of   Sandelman Finance 2006-1, Ltd
     Merril Lynch Bus. Fin. Serv., Inc.    c/o Sandelman Prtnrs., Bill Brown
 8   222 North LaSalle St., 16th Fl.       500 Park Avenue, 3rd Fl.
     Chicago, IL 60601                     New York, NY 10022
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```