1  RON BENDER (SBN 143364)
   JACQUELINE L. RODRIGUEZ (SBN 198838)
2  TODD M. ARNOLD (SBN 221868)
   JOHN-PATRICK M. FRITZ (SBN 245240)
3  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
5  Email: rb@lnbrb.com; jlr@lnbrb.com;
          tma@lnbrb.com; jpf@lnbrb.com
6
7  Proposed Attorneys for
   Chapter 11 Debtors and Debtors in Possession
8
                    **UNITED STATES BANKRUPTCY COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
                          **(SANTA ANA DIVISION)**

| In re: | Lead Case No. 8:10-bk-16743-TA<br>Jointly Administered with Case<br>No. 8:10-bk-16746-TA |
|---|---|
| WESTCLIFF MEDICAL<br>LABORATORIES, INC., | Chapter 11 Cases |
| Debtor. | **NOTICE OF HEARINGS ON DEBTORS'**<br>**"FIRST DAY" MOTIONS** |
| BIOLABS, INC., | Hearing:<br>Date:  May 27, 2010 |
| Debtor. | Time:  11:00 a.m.<br>Place: Courtroom "5B" |
| ☒ Affects Both Debtors | 411 West Fourth Street<br>Santa Ana, CA 92701 |
| ☐ Affects WESTCLIFF MEDICAL<br>   LABORATORIES, INC. only | |
| ☐ Affects BIOLABS, INC. only | |

1

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; SECURED CREDITORS; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that at the above-referenced, date, time, and location, the Court will hold hearings to consider the following motions and applications (collectively, the "First Day Motions") filed by Westcliff Medical Laboratories, Inc. ("Westcliff") and BioLabs, Inc. ("BioLabs" and, together with Westcliff, the "Debtors"), the Chapter 11 debtors and debtors in possession in the above-captioned, (proposed) jointly administered cases:

1. DEBTORS' EMERGENCY MOTION FOR APPROVAL OF A STIPULATED ORDER (1) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING AND PROVIDE ADEQUATE PROTECTION THEREFOR, (2) GRANTING OTHER RELATED RELIEF, AND (3) SCHEDULING A FINAL HEARING (the "Cash Collateral Motion")

2. DEBTORS' EMERGENCY MOTION FOR AN ORDER: (1) APPROVING AUCTION SALE FORMAT, BIDDING PROCEDURES AND STALKING HORSE BID PROTECTIONS; (2) APPROVING FORM OF NOTICE TO BE PROVIDED TO INTERESTED PARTIES; (3) APPROVING FORM OF ASSET PURCHASE AGREEMENT FOR PROSPECTIVE OVERBIDDERS TO USE; AND (4) SCHEDULING A COURT HEARING TO CONSIDER APPROVAL OF THE SALE TO THE HIGHEST BIDDER (the "Bid Procedures Motion")

3. DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO: (1) PAY PREPETITION PRIORITY WAGES, (2) HONOR ACCRUED VACATION AND SICK LEAVE BENEFITS, AND (3) HONOR EXPENSE REIMBURSEMENT POLICY IN THE ORDINARY COURSE OF BUSINESS

/ /

/ /

4. DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER: (1) AUTHORIZING THE CONTINUED USE OF CERTAIN PORTIONS OF THE DEBTORS' CASH MANAGEMENT SYSTEM, AND (2) AUTHORIZING THE MAINTENANCE OF CERTAIN OF THE DEBTORS' EXISTING BANK ACCOUNTS

5. APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY MTS HEALTH PARTNERS L.P. AS THEIR INVESTMENT BANKER AND FINANCIAL ADVISOR

6. EMERGENCY MOTION FOR A HEARING TO CONSIDER APPROVAL OF THE APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY MTS HEALTH PARTNERS L.P. AS THEIR INVESTMENT BANKER AND FINANCIAL ADVISOR

7. DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO LIMIT NOTICE PURSUANT TO 11 U.S.C. § 105 AND BANKRUPTCY RULE 2002

8. DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE

9. APPLICATION OF DEBTORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 AUTHORIZING DEBTORS TO (A) EMPLOY AND RETAIN FTI CONSULTING, INC. TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND TEMPORARY EMPLOYEES AND (B) TO DESIGNATE MATTHEW PAKKALA AS CHIEF RESTRUCTURING OFFICER

10. DEBTORS' NOTICE OF MOTION AND MOTION TO (1) ASSUME SETTLEMENT AGREEMENT AND MUTUAL RELEASE, OR, ALTERNATIVELY, (2) APPROVE SETTLEMENT AGREEMENT AND RELEASE RE QUI TAM LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF ROBERT E. WHALEN AND MATTHEW PAKKALA IN SUPPORT THEREOF

- and -

11. DEBTORS' EMERGENCY MOTION TO APPROVE STIPULATION AND SETTLEMENT AGREEMENT AMENDING APRIL 30, 2010 LETTER AGREEMENT BETWEEN SPECIALTY LABORATORIES, INC. AND WESTCLIFF MEDICAL LABORATORIES, INC. (the "Specialty 9019 Motion") [Application for Order Shortening Time Pending, requesting hearing at 11:00 a.m., on May 27, 2010]

1      **PLEASE TAKE FURTHER NOTICE** that on May 25, 2010, the Debtors
2 filed and served the Supplemental Declaration of Curtis S. Lane
3 in further support of the Bid Procedures Motion (the
4 "Supplemental Lane Declaration").
5      **PLEASE TAKE FURTHER NOTICE** that on May 25, 2010, the Debtors
6 filed and served the Notice of Filing of [Amended Proposed]
7 Interim Order (A) Authorizing Use of Cash Collateral, and (B)
8 Granting GE Business Financial Services, Inc. Adequate Protection
9 (the "Amended Proposed Order") to replace the proposed order
10 attached as Exhibit "2" to the Cash Collateral Motion.
11      **PLEASE TAKE FURTHER NOTICE** that the Cash Collateral Motion
12 and Bid Procedure Motion originally were set for hearing at 10:00
13 a.m., on May 25, 2010, before the Honorable Robert Kwan, United
14 States Bankruptcy Judge.  On May 24, 2010, the cases were
15 transferred to the Honorable Theodor C. Albert, United States
16 Bankruptcy Judge.  As a result, the hearings were rescheduled to
17 be heard, as set forth above, at 11:00 a.m., on May 27, 2010.
18 / /
19 / /
20 / /
21 / /
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28

1  **PLEASE TAKE FURTHER NOTICE** that copies of all of the First
2  Day Motions except the Specialty 9019 Motion were served on the
3  recipients of this notice on May 20, 2010, and May 21, 2010.  The
4  Specialty 9019 Motion, the Supplemental Lane Declaration, and the
5  Amended Proposed Order were filed and served concurrently with
6  this notice.

Dated: May 25, 2010                WESTCLIFF MEDICAL LABORATORIES,
                                   INC.

                                   -and-

                                   BIOLABS, INC.

                                   /s/ Ron Bender
                                   ───────────────────────────────
                                   RON BENDER
                                   JACQUELINE L. RODRIGUEZ
                                   TODD M. ARNOLD
                                   JOHN-PATRICK M. FRITZ
                                   LEVENE, NEALE, BENDER, RANKIN
                                       & BRILL L.L.P.
                                   (Proposed) Attorneys for Chapter 11
                                   Debtors and Debtors in Possession

| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC., Debtor(s).<br>BIOLABS, INC.,<br>Debtor. | CHAPTER 11<br>Case No. 8:10-bk-16743-TA<br>Jointly Administered with<br>Case No. 8:10-bk-16746-TA |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described as **NOTICE OF HEARINGS ON DEBTORS' "FIRST DAY" MOTIONS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 25, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold    tma@lnbrb.com
- Ron Bender    rb@lnbrb.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Heyman    michael.heyman@klgates.com
- Michael B Lubic    mlubic@sonnenschein.com
- Jacqueline L Rodriguez    jlr@lnbrb.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Sharon Z Weiss    sharon.weiss@hro.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **May 25, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*Service via Overnight Mail or Federal Express*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 25, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

See attached email list

1

<u>VIA MESSENGER SERVICE</u>
Hon. Theodor Albert
United States Bankruptcy Judge
United States Bankruptcy Court
Courtroom 5B
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 25, 2010** | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

2

Westcliff Medical Laboratories, Inc.
File No. 4367
Secured Creditors

Debtor
Westcliff Medical Laboratories, Inc
1821 E. Dyer Road, #100
Santa Ana, CA 92705-0000

Frank Cadigan
Nancy Goldenberg
Terry Biers
Office of the U.S. Trustee
411 West Fourth St. Suite 9041
Santa Ana, CA 92701

Bank of America, N.A.
As Successor by Merger to LaSalle
Bank N
135 South LaSalle Street
Chicago, IL 60603

Becton Dickinson & Co.
Attn: Officer/Director/Legal Dept.
1 Becton Drive
Franklin Lakes, NJ 07417

BMT Leasing, Inc.
Attn: Officer/Director/Legal Dept.
P.O. Box 692
Bryn Mawr, PA 19010

CapitalSource Finance LLC
Gregory Browne, Managing Partner
4445 Willard Avenue, Twelfth Floor
Chevy Chase, MD 20815

Cisco Systems Capital Corp.
Attn: Officer/Director/Legal Dept.
170 W. Tasman Drive, MS SJ13-3
San Jose, CA 95134

CYTYC Limited Partnership
Attn: Officer/Director/Legal Dept.
250 Campus Drive
Marlborough, MA 01752

Diasorin, Inc.
Attn: Officer/Director/Legal Dept.
1951 Northwestern Avenue
Stillwater, MN 55082

GE Business Financial Serv., Inc.
Attn: Officer/Director/Legal Dept.
2 Bethesda Metro Ctr., Suite 600
Bethesda, MD 20814

GE Capital Business Fin. Serv., Inc
Attn: Officer/Director/Legal Dept.
2 Bethesda Metro Center, Suite 600
Bethesda, MD 20814

Jules and Associates, Inc.
Attn: Officer/Director/Legal Dept.
515 S. Figueroa St., Suite 1950
Los Angeles, CA 90071

Leasing Assoc. of Barrington, Inc.
Attn: Officer/Director/Legal Dept.
33 W. Higgins Road, Suite 1030
South Barrington, IL 60010

M & I Marshall & Ilsley Bank
Attn: Officer/Director/Legal Dept.
770 N. Water Street
Milwaukee, WI 53202

Merril Lynch Capital
Attn: Officer/Director/Legal Dept.
222 North LaSalle St., 16th Fl.
Chicago, IL 60601

Merril Lynch Capital, a Division of
Merril Lynch Bus. Fin. Serv., Inc., as A
222 North LaSalle St., 16th Fl.
Chicago, IL 60601

Norlease, Inc.
Attn: Officer/Director/Legal Dept.
50 South LaSalle Street
Chicago, IL 60675

Olympus America, Inc.
Attn: Officer/Director/Legal Dept.
3500 Corporate Parkway
Center Valley, PA 18034

Phadia US Inc.
Attn: Officer/Director/Legal Dept.
4169 Commercial Ave.
Portage, MI 49002

Pitney Bowes Credit Corp.
Attn: Officer/Director/Legal Dept.
27 Waterview Drive
Shelton, CT 06484

Pitney Bowes Global Fin. Serv., Inc
Attn: Officer/Director/Legal Dept.
27 Waterview Drive
Shelton, CT 06484

Roche Diagnostics Corporation
Attn: Officer/Director/Legal Dept.
9115 Hague Road
Indianapolis, IN 46250

Sandelman Finance 2006-1, Ltd
C/O Sandelman Partners LP, Bill Brown
500 Park Avenue, 3rd Fl.
New York, NY 10022

TCF Equipment Finance, Inc.
Attn: Officer/Director/Legal Dept.
11100 Wayzata Blvd., Suite 801
Minnetonka, MN 55305

Counsel to GE Business Financial
Services, Inc.
Randy Rogers
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

In re Westcliff Medical Laboratories
File No. 4367
Creditor Committee

Service by Overnight Mail
Or Email *

SPECIALTY LABORATORIES
Attn: Sharon Z. Weiss
Holes Roberts & Owen LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015-1367

SIEMENS HEALTHCARE DIAGNOSTICS
Attn: Yesim Brisbane
P.O. Box 6101, MS 802
Newark, DE 19714-6101

ROCHE DIAGNOSTICS CORPORATION
Attn: Wayne Mathias
9115 Hague Road
Indianapolis, IN 46250

DIASORIN INC.
Attn: Neal Domeyer
1951 Northwestern Avenue
P O. Box 285
Stillwater, MN 55082

QIAGEN
Attn: Jonathan Isaac
1201 Clopper Road
Gaithersburg, MD 20878

IRVINE CORPORATE CENTER, LLC
Attn: Jim Savory
252 Clayton Street
Denver, CO 80206

GENZYME CORPORATION
Attn: D. Ross Martin
Ropes & Gray LLP
One International Place
Boston, MA 02110

Proposed Committee
Benjamin Siegel *
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457

Westcliff Medical Laboratories, Inc.
File No. 4367
Utilities

| | | |
|---|---|---|
| AT & T<br>P.O. BOX 5012<br>Carol Stream, IL   60197-5012 | AT & T INTERNET SERVICES INC<br>P.O. BOX 910439<br>Dallas, TX   75391-0439 | AT & T MOBILITY<br>NATIONAL BUSINESS SERVICES<br>P.O. BOX 9004<br>Carol Stream, IL   60197-9004 |
| AT&T<br>P.O.BOX 78522<br>PHOENIX, AZ   85062-8522 | AT&T LONG DISTANCE<br>PO BOX 5017<br>Carol Stream, IL   60197-5017 | CHOICE MEDICAL GROUP<br>18564 US HIGHWAY 18<br>SUITE 110<br>Apple Valley, CA   92307-2320 |
| CITY OF OXNARD<br>305 WEST THIRD ST<br>Oxnard, CA   93030-5790 | CITY OF RIVERSIDE<br>FINANCE DEPARTMENT<br>3900 MAIN STREET<br>Riverside, CA   92522-0144 | COMMUNITY ANSWERING SERVICE,<br>23101 SHERMAN PLACE #401<br>WEST HILLS, CA   91307 |
| COX COMMUNICATIONS<br>P. O. BOX 79174<br>Phoenix, AZ   85062-9174 | CRAIG A. DAVIS<br>222 HIGHLAND ROAD<br>Laguna Beach, CA   92651 | EISENHOWER PROPERTIES, LLC<br>ATTN: MANNY SALVADOR<br>39000 BOB HOPE DRIVE<br>Rancho Mirage, CA   92270 |
| FCC HOLDINGS CORPORATION<br>P.O. BOX 41069<br>Long Beach, CA   90853-1069 | FOOTHILL TECHOLOGY CENTER LLC<br>602 EAST HUNTINGTON DRIVE<br>STE# D<br>Monrovia, CA   91016 | IMPERIAL IRRIGATION DISTRICT<br>P.O.BOX 937<br>IMPERIAL, CA   92251-0937 |
| INTERCALL<br>P.O. BOX 281866<br>Atlanta, GA   30384-1866 | IRVINE RANCH WATER DISTRICT<br>P.O. BOX 57500<br>Irvine, CA   92619-7500 | JOGINDER S. MATHARU, MD<br>1383 E. HERNDON AVE # 101<br>Fresno, CA   93720 |
| NANDA BISWAS, MD<br>12677 HESPERIA ROAD,<br>STE 170<br>VICTORVILLE, CA   92395 | PACIFIC GAS AND ELECTRIC<br>P.O. BOX 997300<br>Sacramento, CA   95899-7300 | PAUL W OSTOYA.M.D. INC<br>1095 E WARNER AVE STE 101<br>Fresno, CA   93710-4043 |
| QWEST<br>P.O. BOX 29040<br>Phoenix, AZ   85038-9040 | S.R. DE LEON<br>P.O. BOX 21<br>Fallbrook, CA   92088 | SAMARITAN MEDICAL CENTER<br>2581 SAMARITAN DRIVE<br>SUITE 300<br>San Jose, CA   95124-4012 |
| SAN DIEGO GAS & ELECTRIC<br>P.O. BOX 25111<br>SANTA ANA, CA   92799-5111 | SMUD<br>P. O. BOX 15555<br>Sacramento, CA   95852 | SOUTHERN CALIFORNIA EDISON<br>P.O.BOX 600<br>Rosemead, CA   91771-0001 |

| | | |
|---|---|---|
| SOUTHWEST GAS CORPORATION<br>P.O.BOX 98890<br>LAS VEGAS, NV  89150-0101 | SPRINT<br>P.O. BOX 4181<br>Carol Stream, IL  60197-4181 | SUREWEST<br>P. O. BOX 1110<br>Roseville, CA  95678-8110 |
| TELEPACIFIC COMMUNICATIONS<br>P.O. BOX 526015<br>Sacramento, CA  95852-6015 | THE GAS COMPANY<br>PO BOX C<br>MONTEREY PARK, CA  91756 | TIME WARNER CABLE<br>P.O.BOX 78058<br>PHOENIX, AS  85062-8058 |
| VERIZON<br>P.O. BOX 9650<br>Mission Hills, CA  91346-9650 | VERIZON CALIFORNIA<br>P O BOX 920041<br>Dallas, TX  75392-0041 | VERIZON COMMUNICATIONS<br>PO BOX 9688<br>Mission Hills, CA  91346-9688 |
| VERIZON ONLINE<br>P.O. BOX 12045<br>Trenton, NJ  08650-2045 | VERIZON WIRELESS<br>PO BOX 9622<br>Mission Hills, CA  91346-9622 | XO COMMUNICATIONS SERVICES<br>FILE 50543<br>Los Angeles, CA  90074-0543 |
| YUCAIPA VALLEY WATER DISTRICT<br>P.O. BOX 730<br>Yucaipa, CA  92399-0730 | | |

Westcliff Medical Laboratories, Inc.
File No. 4367
Banks (Cash Management Motion)

U.S. Bank
535 Westminster Mall
Westminster Mall, CA 92683

Bank of New York Mellon
500 Ross Street
Pittsburgh, PA 15262-0001

Westcliff Medical Laboratories, Inc.
File No. 4367
Supplemental service

MATTSON RESOURCES
Attn: Shannon Boston, Office Mgr.
Attn. Taelor Truong, Controller
959 South Coast Drive, Suite 300
Costa Mesa, CA 92626

ROCHE DIAGNOSTICS
CORPORATION
Attn: Judy L. Wagner, CCE. MBA
9115 Hague Road, Building H
Indianapolis, IN 46250

Attorneys for PHADIA US INC
Robert B. Boros, Esq,
Jim Palmere, Esq.
Kreiss, Enderic, Hudgins & Boros, P.C.
PO Box 4010
Kalamazoo, MI 49003-4010

Attorneys for SPECIALTY
LABORATORIES, INC.
Brett Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494

QIAGEN, Legal Department
c/o Jonathan S. Isaac, Asst. Gen. Counsel
1201 Clopper Road
Gaithersburg, MD 20878

GRIFOLS
Attn: Javier Chagoyen
2410 Lillyvale Avenue
Los Angeles, CA 90032

McKESSON TECHNOLOGIES INC.
Attn: Michael S. Jones, Collections-East Region
5995 Windward Parkway, ATHQ-1700
Alpharetta, GA 30005

Westcliff Medical Laboratories, Inc.
File No. 4367
Email List

Email Block:

Frank.Cadigan@usdoj.gov; nancy.goldenberg@usdoj.gov; Terry.Biers@usdoj.gov;

michael.lubic@klgates.com; Lee.Hogewood@klgates.com; john.erwin@klgates.com; grayson.hale@klgates.com; Margaret.Westbrook@klgates.com

rrogers@winston.com; jrawlins@winston.com

brian.greer@dechert.com (Counsel for MTS)

michael.dolan@kirkland.com; carl.pickerill@kirkland.com; JOsborn@kirkland.com;

Our Clients

mapakkala@gmail.com; lane@mtspartners.com; Matthew.pakkala@fticonsulting.com; bewingwhalen@yahoo.com; l.contreras@westclifflabs.com;

Committee

Sharon.Weiss@hro.com; yesim.h.brisbane@siemens.com; wayne.mathias@roche.com; neal.domeyer@diasorin.com; jonathan.isaac@QIAGEN.com; jsavory@broe.com; ross.martin@ropesgray.com;