**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>WESTCLIFF MEDICAL LABORATORIES, INC. | CASE NO.: 10-16743<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>*Do NOT file this Request for Special Notice unless all of the five conditions listed below have been met.* |
|---|---|

I certify that all of the five conditions below have been met:

1. The party requesting special notice is a creditor or equity security holder of the debtor;

2. A creditors' committee has been elected under 11 U.S.C. § 705 or a creditors or equity security holders' committee appointed under 11 U.S.C. § 1102 ("Committee");

3. The Court has limited notice to the Committee;

4. The Request for Special Notice is made pursuant to FRBP 2002(i); and

5. The Request for Special Notice does not include a request for pleadings and orders, including but not limited to proposed or entered orders and judgments, motions, oppositions, evidence, etc.

(Please print or type)

NAME: Jeffrey K. Garfinkle

MAILING ADDRESS: Buchalter Nemer
18400 Von Karman Ave., Suite 800
Irvine, CA  92612

Telephone Number: (949) 760-1121

Dated: 5/26/10        /s/ Jeffrey K. Garfinkle
*Signature*
Jeffrey K. Garfinkle
Proposed Counsel for Creditors Committee
*Title*

This form has been approved by the United States Bankruptcy Court for the Central District of California.

*Revised September 2008*

American LegalNet, Inc.
www.Forms*Workflow*.com