MICHAEL B. LUBIC (SBN 122591)
MICHAEL J. HEYMAN (SBN 218147)
K&L GATES LLP
10100 Santa Monica Boulevard, Seventh Floor
Los Angeles, California 90067
Telephone:    310.552.5000
Facsimile:    310.552.5001
Email: michael.lubic@klgates.com
       michael.heyman@klgates.com

Attorneys for Laboratory Corporation of
America and LabWest, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br><br>　　　　　　　　Debtor.<br><br>BIOLABS, INC.,<br><br>　　　　　　　　Debtor.<br><br>☒ Affects Both Debtors<br>☐ Affects WESTCLIFF MEDICAL<br>　　LABORATORIES, INC. only<br>☐ Affects BIOLABS, INC. only | Case No. 8:10-bk-16743-RK<br>Jointly Administered with 8:10-bk-16746-RK<br><br>Chapter 11 Cases<br><br>**RESPONSE OF LABORATORY CORPORATION OF AMERICA AND LABWEST, INC. TO DEBTOR'S APPLICATION FOR ORDER SETTING EXPEDITED HEARING** |

Laboratory Corporation of America ("LabCorp") and its wholly-owned subsidiary LabWest, Inc, (formerly known as Wave Newco, Inc.) ("LabWest"), hereby respond to the Application for Order Setting Expedited Hearing filed by Bioalbs, Inc. and Westcliff Medical Laboratories, Inc. the debtors and debtors in possession in the above-captioned jointly administered chapter 11 bankruptcy cases (collectively, the "Debtors") seeking an expedited hearing before this Court to obtain the Court's approval of a second bidding process (the "Application").

RA-3007120 v5

Based upon the Application filed on Friday, June 11, 2010, the Debtors intend to seek this Court's approval of a rebidding procedure in violation of the terms of the Asset Purchase Agreement dated May 17, 2010 (the "APA") approved by the Court by Order entered June 9, 2010 (the "Sale Order"). The APA and the Sale Order provide for the Debtors to sell to LabWest certain assets (the "Purchased Assets") and to assume and assign to LabWest certain unexpired leases and executory contracts ("Assumed Contracts") out of the ordinary course of business and free and clear of all liens, encumbrances, claims and interests pursuant to 11 U.S.C. §§105, 363(b) and (f), and 365, pursuant to various provisions of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "Bankruptcy Code"). While LabWest and LabCorp do not oppose an expedited hearing, by this Response LabWest and LabCorp seek to expressly reserve and preserve all of their rights and remedies under the APA, the Sale Order, the Sale Procedures Order or otherwise available under applicable law in connection with the as yet unfiled motion[1] that is the subject of the Application.

Without limiting the generality of the foregoing, in view of the Application and such other matters as may be presented to the Court at an expedited hearing if scheduled, LabWest and LabCorp request that no order be entered that interferes with or limits LabWest's and LabCorp's rights in connection with and including but not limited to the following:

1. LabWest's rights under the Sale Order and the APA;
2. LabWest's and LabCorp's rights and remedies in connection with the Federal Trade Commission's investigation into the transaction set forth in the APA and approved in the Sale Order (the "FTC Proceeding") whether before this Court, any other tribunal, in any other forum, or before or against any other Governmental Authority;
3. LabWest's and LabCorp's right to seek from this Court or other Court having jurisdiction over these matters an order declaring that LabWest and LabCorp are not obligated to close the transaction that is the subject of the Sale Order unless and until (i) the FTC completes its

---

[1] The Application states that the Debtors will file the underlying motion on Monday, June 14, 2010. Application, 10:11-12.

investigation and provides written notice of the termination of the FTC Proceeding and (ii) all other APA conditions to closing are either satisfied or waived;

4. LabWest's and LabCorp's right to seek from this Court or other Court having jurisdiction over these matters an order declaring that each, every and all provisions of the APA govern the transaction and that no provisions may be disregarded unless expressly waived by LabWest and LabCorp;

5. LabWest's and LabCorp's right to seek from this Court or other Court having jurisdiction over these matters an order declaring that the pending investigation by the FTC constitutes a Proceeding within the meaning of Section 8.4(a) of the APA and as defined in Section 1.1 of the APA and that as a consequence the conditions of Section 8.4 have not been satisfied;

6. LabWest's and LabCorp's right to seek from this Court or other Court having jurisdiction over these matters an order declaring that the conditions of Section 8.5 of the APA have not been satisfied;

7. LabWest's and LabCorp's right to seek from this Court or other Court having jurisdiction over these matters an order declaring that the conditions of Section 8.8 of the APA have not been satisfied;

8. LabWest's and LabCorp's right to seek from this Court or other Court having jurisdiction over these matters an order declaring that, if the rebidding procedure proposed by the Debtors is adopted and if another bid is selected by the Debtors, LabWest and LabCorp shall be entitled to a full refund of the good faith deposit and to the Break Up Fee as approved by the Court in the Sales Procedures Order, and such other and further relief as such Court deems just and proper;

9. In the event that the sale to LabWest is not consummated, LabWest's and LabCorp's right to seek from this Court or other court having jurisdiction over these matters an order awarding to them damages against other parties arising from or related to the breach of the APA and the Sale Order;

10. LabWest's and LabCorp's right to seek from this Court or other Court having jurisdiction over these matters such other and further relief as such Court deems just and proper.

Respectfully submitted,

Michael B. Lubic
Michael J. Heyman
K&L GATES LLP

Dated: June 14, 2010          By: /s/ *Michael B. Lubic*
                                    Michael B. Lubic

| In re: WESTCLIFF MEDICAL LABORATORIES | CHAPTER: 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER: 8:10-bk-16743-RK |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
K&L GATES LLP, 10100 SANTA MONICA BOULEVARD, 7TH FLOOR, LOS ANGELES, CA 90067

A true and correct copy of the foregoing document described as RESPONSE OF LABORATORY CORPORATION OF AMERICA AND LABWEST, INC. TO DEBTOR'S APPLICATION FOR ORDER SETTING EX HRN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/14/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/14/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/14/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Hon. Theodor Albert - VIA PERSONAL DELIVERY
United States Bankruptcy Court
411 West Fourth Street, Ste. 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/14/10 | Verastine Mills | *(signature)* |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                      F 9013-3.1

| In re: WESTCLIFF MEDICAL LABORATORIES | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:10-bk-16743-RK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

CATEGORY I
Jacqueline L. Rodriguez = jlr@lnbrb.com
John-Patrick M. Fritz = jpf@lnbrb.com
Ron Bender = rb@lnbrb.com
Todd M. Arnold = tma@lnbrb.com
Nancy S. Goldenberg = nancy.goldenberg@usdoj.gov
Jeffrey K. Garfinkle = bkgroup@buchalter.com

CATEGORY II - VIA MAIL
COUNSEL FOR DEBTOR
Jacqueline L. Rodriguez, Esq.
John-Patrick M. Fritz, Esq.
Ron Bender, Esq.
Todd M. Arnold, Esq.
LEVENE NEALE BENDER RANKIN, et al.
10250 Constellation Blvd. Ste. 1700
Los Angeles, CA 90067

CREDITOR'S COMMITTEE
Jeffrey K. Garfinkle, Esq.
BUCHALTER NEMER
18400 Von Karman Ave., Ste. 800
Irvine, CA 92612

UNITED STATES TRUSTEE
Nancy S. Goldenberg
Office of the United States Trustee
411 W. Fourth Street, Ste. 9041
Santa Ana, CA 92701-4593

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                      **F 9013-3.1**