FILED & ENTERED

JUN 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo        DEPUTY CLERK

CHANGES MADE BY COURT

1  RON BENDER (SBN 143364)
   JACQUELINE L. RODRIGUEZ (SBN 198838)
2  TODD M. ARNOLD (SBN 221868)
3  JOHN-PATRICK M. FRITZ (SBN 245240)
   LEVENE, NEALE, BENDER, RANKIN
4  & BRILL L.L.P.
   10250 Constellation Boulevard,
5  Suite 1700
   Los Angeles, California 90067
6  Telephone:  (310) 229-1234;
7  Facsimile:  (310) 229-1244
   Email: rb@lnbrb.com; jlr@lnbrb.com;
8  tma@lnbrb.com; jpf@lnbrb.com

9  Proposed Attorneys for Chapter 11 Debtors
   and Debtors in Possession

10
                    UNITED STATES BANKRUPTCY COURT
11                  CENTRAL DISTRICT OF CALIFORNIA
                       (SANTA ANA DIVISION)
12
   In re:                            Lead Case No. 8:10-bk-16743-TA
13                                   Jointly Administered with Case
   WESTCLIFF MEDICAL                 No. 8:10-bk-16746-TA
14 LABORATORIES, INC.,               Chapter 11 Cases
15
              Debtor.                **ORDER SETTING EXPEDITED HEARING
16 _____  ON DEBTORS' SECOND EMERGENCY
                                     MOTION FOR AN ORDER: (1)
17 BIOLABS, INC.,                    APPROVING SALE OF SUBSTANTIALLY
                                     ALL OF THE DEBTORS' ASSETS FREE
18            Debtor.                AND CLEAR OF ALL LIENS, CLAIMS
                                     AND INTERESTS; (2) APPROVING OF
19 _____  DEBTORS' ASSUMPTION AND
                                     ASSIGNMENT OF UNEXPIRED LEASES
20 ☒ Affects Both Debtors            AND EXECUTORY CONTRACTS AND
                                     DETERMINING CURE AMOUNTS; (3)
21 ☐ Affects WESTCLIFF MEDICAL       WAIVING THE 14-DAY STAY PERIODS
     LABORATORIES, INC. only         SET FORTH IN BANKRUPTCY RULES
22                                   6004(h) AND 6006(d); AND (4)
   ☐ Affects BIOLABS, INC.           GRANTING RELATED RELIEF**
23   only
                                     Court Hearing:
24                                   Date:  June 18, 2010
25                                   Time:  2:00 p.m.
                                     Place: Courtroom "5B"
26                                          411 West Fourth Street
                                            Santa Ana, CA 92701-4593
27

28

                                     1

1    The Court, having considered the Application for Order

2 Setting Expedited Hearing on the Debtors' Second Emergency Motion

3 for an Order of the Court (A) pursuant to 11 U.S.C. § 363(f)

4 approving the Debtors' free and clear sale of substantially all

5 of the Debtors' tangible and intangible assets (excluding

6 avoidance causes of action and certain other excluded assets) to

7 a new buyer; (B) pursuant to 11 U.S.C. § 365, (i) authorizing the

8 Debtors to assume executory contracts and unexpired leases and

9 assign them to the New Buyer; and (ii) establishing the cure

10 amounts, if any, payable under such Assumed Contracts; (C)

11 waiving the 14-day stay periods set forth in Bankruptcy Rules

12 6004(h) and 6006(d) to enable the sale to close as quickly as

13 possible; and (D) granting certain other related relief,

14 including authorizing the Debtors to enter into a Transition

15 Agreement in connection with the sale closing (the "New Buyer

16 Sale Motion"), filed by Westcliff Medical Laboratories, Inc. and

17 BioLabs, Inc., the Chapter 11 debtors and debtors in possession

18 herein (collectively, the "Debtors"), and good cause appearing,

19    THE COURT HEREBY ORDERS AS FOLLOWS:

20    1.   A hearing on the New Buyer Sale Motion will be held on

21 **June 18, 2010, at 2:00 p.m.**

22 *///*

23    2.   Any opposition to the New Buyer Sale Motion, or

24 alternative bid, must be filed with the Court and served on

25
26
27
28

1  counsel for the Debtors by email or fax by June 17, 2010 @ 5:00

2  p.m. PDT.

3       3.    If a possible alternative sale becomes known, debtor

4  must give immediate electronic notice to the committee, all

5  secured creditors, the FTC through its counsel and the UST by

6  6:00 p.m. June 17, 2010.   However, if no alternative bidder

7  becomes known, counsel for debtor is to so notify the court, the

8  FTC and all parties in interest by 5:00 p.m. June 17 in which

9  case the hearing will come off calendar.

10

11                               ###

12

13

14

15

16

17

18

19

20

21

22

23

24     DATED: June 14, 2010          _____
                                     United States Bankruptcy Judge
25

26

27

28

| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC., Debtor(s).<br>BIOLABS, INC.,<br><br><div align="right">Debtor.</div> | CHAPTER   11<br>Case No. 8:10-bk-16743<br>Jointly Administered with Case No. 8:10-bk-16746 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **ORDER SETTING EXPEDITED HEARING ON DEBTORS' SECOND EMERGENCY MOTION FOR AN ORDER: (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; (2) APPROVING OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____**, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____**, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐   Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 11, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Via Attorney Service**
Hon. Theodor Albert
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 11, 2010** | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                               **F 9013-3.1**

1

2

| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC., Debtor(s).<br>BIOLABS, INC.,<br><div align="right">Debtor.</div> | CHAPTER  11<br>Case No. 8:10-bk-16743<br>Jointly Administered with Case No. 8:10-bk-16746 |
| --- | --- |

3

### NOTE TO USERS OF THIS FORM:

4

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

5

**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

6

## NOTICE OF ENTERED ORDER AND SERVICE LIST

7

Notice is given by the court that a judgment or order entitled ORDER SETTING EXPEDITED HEARING

8

ON DEBTORS' SECOND EMERGENCY MOTION FOR AN ORDER: (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; (2) APPROVING OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED

9

LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4)

10

GRANTING RELATED RELIEF was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

11

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling

12

General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 11, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary

13

proceeding to receive NEF transmission at the email address(es) indicated below.

14

- Todd M Arnold    tma@lnbrb.com
- Richard L Barnett    rick@barnettrubin.com, rlbsec@barnettrubin.com

15

- Ron Bender    rb@lnbrb.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com

16

- Carol J Fogleman    mfrost@bwslaw.com
- John-patrick M Fritz    jpf@lnbrb.com

17

- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov

18

- Michael J Heyman    michael.heyman@klgates.com
- Andy Kong    Kong.Andy@ArentFox.com

19

- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com

20

- Michael B Lubic    michael.lubic@klgates.com
- Aram Ordubegian    ordubegian.aram@arentfox.com

21

- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jacqueline L Rodriguez    jlr@lnbrb.com

22

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Sharon Z Weiss    sharon.weiss@hro.com

23

☐Service information continued on attached page

24

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or

25

order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

26

27

28

1

Debtor
Westcliff Medical Laboratories, Inc.

2

1821 E. Dyer Road, #100
Santa Ana, CA 92705-0000

3

☐Service information continued on attached page

4

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment

5

or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete
copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a

6

proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es),
facsimile transmission number(s) and/or email address(es) indicated below:

7

☐Service information continued on attached page

8

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

9

January 2009                                                                                    **F 9021-1.1**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28