1 | RON BENDER (SBN 143364)
JACQUELINE L. RODRIGUEZ (SBN 198838)
2 | TODD M. ARNOLD (SBN 221868)
JOHN-PATRICK M. FRITZ (SBN 245240)
3 | LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
4 | 10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
5 | Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbrb.com; jlr@lnbrb.com; tma@lnbrb.com; jpf@lnbrb.com
6
Attorneys for Chapter 11 Debtors and Debtors in Possession
7

UNITED STATES BANKRUPTCY COURT
8 | CENTRAL DISTRICT OF CALIFORNIA
(SANTA ANA DIVISION)
9

In re:

WESTCLIFF MEDICAL
LABORATORIES, INC.,

        Debtor.
_____

BIOLABS, INC.,

        Debtor.
_____

☒ Affects Both Debtors

☐ Affects WESTCLIFF MEDICAL
   LABORATORIES, INC. only

☐ Affects BIOLABS, INC.
only

Lead Case No. 8:10-bk-16743-TA
Jointly Administered with Case
No. 8:10-bk-16746-TA
Chapter 11 Cases

**NOTICE OF WITHDRAWAL OF DEBTORS'
SECOND MOTION FOR AN ORDER: (1)
APPROVING SALE OF SUBSTANTIALLY
ALL OF THE DEBTORS' ASSETS
(EXCLUDING CASH AND ACCOUNTS
RECEIVABLE) FREE AND CLEAR OF ALL
LIENS, CLAIMS AND INTERESTS; (2)
APPROVING OF DEBTORS' ASSUMPTION
AND ASSIGNMENT OF UNEXPIRED
LEASES AND EXECUTORY CONTRACTS
AND DETERMINING CURE AMOUNTS; (3)
WAIVING THE 14-DAY STAY PERIODS
SET FORTH IN BANKRUPTCY RULES
6004(h) AND 6006(d); AND (4)
GRANTING RELATED RELIEF**

Court Scheduled Hearing:
Date:  June 18, 2010
Time:  2:00 p.m.
Place: Courtroom "5B"
       411 West Fourth Street
       Santa Ana, CA 92701-4593

PLEASE TAKE NOTICE that Westcliff Medical Laboratories, Inc. and BioLabs, Inc., the Chapter 11 debtors and debtors in possession herein (collectively, the "Debtors"), hereby **withdraw** their Second Motion (the "Second Sale Motion") for entry of an order of the Court (A) pursuant to 11 U.S.C. § 363(f) approving the sale free and clear of all liens, claims and interests to the highest and bid bidder at an auction sale to be conducted by the Debtors of substantially all of the Debtors' tangible and intangible assets; (B) pursuant to 11 U.S.C. § 365, (i) authorizing the Debtors to assume and assign executory contracts and unexpired leases and (ii) establishing cure amounts; (C) waiving the 14-day stay periods set forth in Bankruptcy Rules 6004(h) and 6006(d) to enable the sale to close as quickly as possible; and (D) granting certain other related relief, which was scheduled by the Court to take place on June 18, 2010 at 2:00 p.m.

The Court had previously approved the Debtors' sale of substantially all of their tangible and intangible assets (excluding cash and accounts receivable) to Wave Newco, Inc., a wholly-owned subsidiary of Laboratory Corporation of America ("LabCorp"). The Court approved the Debtors' sale of assets to LabCorp at a hearing held on June 3, 2010, and the Court entered

1  an  order  approving  the  Debtors'  sale  of  assets  to  LabCorp  on

2  Wednesday, June 9, 2010.

3      Subject to all conditions to closing being met, the Debtors'

4  Court approved asset sale agreement with LabCorp provided for the

5
6  Debtors' asset sale to LabCorp to be consummated within two days

7  following entry of the LabCorp sale order, which was Friday, June

8  11, 2010.  LabCorp advised the Debtors that as a result of a

9  request  for  information  that  was  made  by  the  Federal  Trade

10  Commission, LabCorp believed that it was not required to close

11  its purchase of the Debtors' assets on Friday, June 11, 2010.

12  The Debtors disagreed.

13
14      Given the Debtors' dire financial predicament and lack of

15  any financing available to the Debtors to enable the Debtors to

16  continue to operate their business once they depleted all of

17  their cash reserves, which was expected to be soon, the Debtors

18  commenced a new asset sale process and filed their Second Sale

19  Motion in an effort to consummate an expedited sale of their

20  assets to a different buyer if LabCorp was not willing to close

21  its Court approved purchase of the Debtors' assets.  At the

22
23  Debtors' request, the Court scheduled a hearing to be held on

24  June 18, 2010 at 2:00 p.m. on the Debtors' Second Sale Motion.

25      On June 16, 2010, LabCorp consummated its purchase of the

26  Debtors' assets, which has rendered the Second Sale Motion moot.

27  The Debtors therefore hereby withdraw the Second Sale Motion.  As

28

3

1  a result, there will be no Court hearing on June 18, 2010 at 2:00

2  p.m. with regard to the Second Sale Motion.

3  Dated: June 17, 2010              WESTCLIFF MEDICAL LABORATORIES,
4                                    INC.

5                                    -and-

6                                    BIOLABS, INC.

7                                    */s/ Ron Bender*
                                     RON BENDER
8                                    JACQUELINE L. RODRIGUEZ
                                     TODD M. ARNOLD
9                                    JOHN-PATRICK M. FRITZ
                                     LEVENE, NEALE, BENDER, RANKIN
10                                   & BRILL L.L.P.
                                     Attorneys for Chapter 11
11                                   Debtors and Debtors in Possession

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER Lead Case No. 8:10-bk-16743-TA<br>Jointly Administered with Case No. 8:10-bk-16746-TA |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as NOTICE OF WITHDRAWAL OF DEBTORS' SECOND MOTION FOR AN ORDER: (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (EXCLUDING CASH AND ACCOUNTS RECEIVABLE) FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; (2) APPROVING OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 17, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold    tma@lnbrb.com
- Richard L Barnett    rick@barnettrubin.com, rlbsec@barnettrubin.com
- Ron Bender    rb@lnbrb.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Carol J Fogleman    mfrost@bwslaw.com
- John-patrick M Fritz    jpf@lnbrb.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Heyman    michael.heyman@klgates.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Michael B Lubic    michael.lubic@klgates.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jacqueline L Rodriguez    jlr@lnbrb.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Sharon Z Weiss    sharon.weiss@hro.com

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 17, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

### See Attached Service List-All Entities Served Via Federal Express

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER Lead Case No. 8:10-bk-16743-TA<br>Jointly Administered with Case No. 8:10-bk-16746-TA |

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 17, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Please See Attached Email Service List**

☒ Service information continued on attached page

Via Attorney Service
The Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 17, 2010 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

In re Westcliff Medical Laboratories
File Prospective Buyers on 2nd Sale
Motion

Mr. Brian Miller, Partner
Linden LLC
111 S. Wacker Drive, Suite 3350
Chicago, IL 60606

Mr. David Schultz, CEO
Sonic Healthcare USA
9737 Great Hills Trail, Suite 100
Austin, TX 78759

Mr. Eric Lev, Principal
Water Street Healthcare Partners
333 West Wacker Drive
Suite 2800
Chicago, IL 60606

Mr. Sean Traynor, General Partner
Welsh, Carson, Anderson & Stowe XI,
L.P.
320 Park Avenue, Suite 2500
New York, NY 10022

Nathan A. Schultz, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

Adam J. Reiss
ROPES & GRAY LLP
T +1 212 841 0650 | F +1 646 728 1645
1211 Avenue of the Americas
New York, NY 10036-8704

Gregory R. Metz
ROPES & GRAY LLP
T +1 312 845 1327 | F +1 312 845 5532
111 South Wacker Drive, 46th Floor
Chicago, IL 60606

In re Westcliff Medical Laboratories
File No. 4367
Creditor Committee

SPECIALTY LABORATORIES
Attn: Sharon Z. Weiss
Holes Roberts & Owen LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015-1367

SIEMENS HEALTHCARE
DIAGNOSTICS
Attn: Yesim Brisbane
P.O. Box 6101, MS 802
Newark, DE 19714-6101

ROCHE DIAGNOSTICS
CORPORATION
Attn: Wayne Mathias
9115 Hague Road
Indianapolis, IN 46250

DIASORIN INC.
Attn: Neal Domeyer
1951 Northwestern Avenue
P.O. Box 285
Stillwater, MN 55082

QIAGEN
Attn: Jonathan Isaac
1201 Clopper Road
Gaithersburg, MD 20878

IRVINE CORPORATE CENTER, LLC
Attn: Jim Savory
252 Clayton Street
Denver, CO 80206

GENZYME CORPORATION
Attn: D. Ross Martin
Ropes & Gray LLP
One International Place
Boston, MA 02110

In re Westcliff Medical Laboratories
File No. 4367
RSN

| Proposed Committee-RSN | Debtor | Frank Cadigan |
|---|---|---|
| Benjamin Seigel/Jeffrey Garfinkle | Westcliff Medical Laboratories, Inc. | Nancy Goldenberg |
| Buchalter Nemer | BioLabs, Inc. | Terry Biers |
| 1000 Wilshire Boulevard, Suite 1500 | 1821 E. Dyer Road, #100 | Office of the U.S. Trustee |
| Los Angeles, California 90017-2457 | Santa Ana, CA 92705-0000 | 411 West Fourth St. Suite 9041 |
| | | Santa Ana, CA 92701 |

Westcliff Medical Laboratories, Inc.
File No. 4367
Supplemental service

MATTSON RESOURCES
Attn: Shannon Boston, Office Mgr.
Attn. Taelor Truong, Controller
959 South Coast Drive, Suite 300
Costa Mesa, CA 92626

ROCHE DIAGNOSTICS
CORPORATION
Attn: Judy L. Wagner, CCE. MBA
9115 Hague Road, Building H
Indianapolis, IN 46250

Attorneys for PHADIA US INC
Robert B. Boros, Esq,
Jim Palmere, Esq.
Kreiss, Enderic, Hudgins & Boros, P.C.
PO Box 4010
Kalamazoo, MI 49003-4010

Attorneys for SPECIALTY
LABORATORIES, INC.
Brett Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494

QIAGEN, Legal Department
c/o Jonathan S. Isaac, Asst. Gen.
Counsel
1201 Clopper Road
Gaithersburg, MD 20878

GRIFOLS
Attn: Javier Chagoyen
2410 Lillyvale Avenue
Los Angeles, CA 90032

McKESSON TECHNOLOGIES INC.
Attn: Michael S. Jones, Collections-East
Region
5995 Windward Parkway, ATHQ-1700
Alpharetta, GA 30005

Westcliff Medical Laboratories, Inc.
File No. 4367
Secured Creditors (Westcliff)
20 Largest (BioLabs)

Bank of America, N.A.
As Successor by Merger to LaSalle
Bank N
135 South LaSalle Street
Chicago, IL 60603

Becton Dickinson & Co.
Attn: Officer/Director/Legal Dept.
1 Becton Drive
Franklin Lakes, NJ 07417

BMT Leasing, Inc.
Attn: Officer/Director/Legal Dept.
P.O. Box 692
Bryn Mawr, PA 19010

CapitalSource Finance LLC
Gregory Browne, Managing Partner
4445 Willard Avenue, Twelfth Floor
Chevy Chase, MD 20815

Cisco Systems Capital Corp.
Attn: Officer/Director/Legal Dept.
170 W. Tasman Drive, MS SJ13-3
San Jose, CA 95134

CYTYC Limited Partnership
Attn: Officer/Director/Legal Dept.
250 Campus Drive
Marlborough, MA 01752

Diasorin, Inc.
Attn: Officer/Director/Legal Dept.
1951 Northwestern Avenue
Stillwater, MN 55082

GE Business Financial Serv., Inc.
Attn: Officer/Director/Legal Dept.
2 Bethesda Metro Ctr., Suite 600
Bethesda, MD 20814

GE Capital Business Fin. Serv., Inc
Attn: Officer/Director/Legal Dept.
2 Bethesda Metro Center, Suite 600
Bethesda, MD 20814

Jules and Associates, Inc.
Attn: Officer/Director/Legal Dept.
515 S. Figueroa St., Suite 1950
Los Angeles, CA 90071

Leasing Assoc. of Barrington, Inc.
Attn: Officer/Director/Legal Dept.
33 W. Higgins Road, Suite 1030
South Barrington, IL 60010

M & I Marshall & Ilsley Bank
Attn: Officer/Director/Legal Dept.
770 N. Water Street
Milwaukee, WI 53202

Merril Lynch Capital
Attn: Officer/Director/Legal Dept.
222 North LaSalle St., 16th Fl.
Chicago, IL 60601

Merril Lynch Capital, a Division of
Merril Lynch Bus. Fin. Serv., Inc., as A
222 North LaSalle St., 16th Fl.
Chicago, IL 60601

Norlease, Inc.
Attn: Officer/Director/Legal Dept.
50 South LaSalle Street
Chicago, IL 60675

Olympus America, Inc.
Attn: Officer/Director/Legal Dept.
3500 Corporate Parkway
Center Valley, PA 18034

Phadia US Inc.
Attn: Officer/Director/Legal Dept.
4169 Commercial Ave.
Portage, MI 49002

Pitney Bowes Credit Corp.
Attn: Officer/Director/Legal Dept.
27 Waterview Drive
Shelton, CT 06484

Pitney Bowes Global Fin. Serv., Inc
Attn: Officer/Director/Legal Dept.
27 Waterview Drive
Shelton, CT 06484

Roche Diagnostics Corporation
Attn: Officer/Director/Legal Dept.
9115 Hague Road
Indianapolis, IN 46250

Sandelman Finance 2006-1, Ltd
C/O Sandelman Partners LP, Bill Brown
500 Park Avenue, 3rd Fl.
New York, NY 10022

TCF Equipment Finance, Inc.
Attn: Officer/Director/Legal Dept.
11100 Wayzata Blvd., Suite 801
Minnetonka, MN 55305

Counsel to GE Business Financial
Services, Inc.
Randy Rogers
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

BioLabs, Inc.
Westcliff Medical Laboratories
File No. 4367
Title to Assets Service List

BAYTREE LEASING COMPANY, LLC
P.O. BOX 94125
Palatine, IL 60094-4125

AMERICORP FINANCIAL, LLC
877 SOUTH ADAMS ROAD
Birmingham, MI 48009

Westcliff Medical Laboratories, Inc.
BioLabs, Inc.
File No. 4367
Email List

Email Block:

Debtors
mapakkala@gmail.com; lane@mtspartners.com; Matthew.pakkala@fticonsulting.com;
bewingwhalen@yahoo.com; l.contreras@westclifflabs.com;

Office of the U.S. Trustee
Frank.Cadigan@usdoj.gov;  nancy.goldenberg@usdoj.gov; Terry.Biers@usdoj.gov

Debtors' Corporate Counsel
michael.dolan@kirkland.com; carl.pickerill@kirkland.com; JOsborn@kirkland.com;

Debtors' Special Healthcare Counsel
dgee@gsblaw.com

Labcorp/Labwest
michael.lubic@klgates.com; Lee.Hogewood@klgates.com; john.erwin@klgates.com;
grayson.hale@klgates.com; Margaret.Westbrook@klgates.com; Michael.heyman@klgates.com

Counsel to GE Business Financial Services, Inc.
rrogers@winston.com; jrawlins@winston.com

Counsel for MTS
brian.greer@dechert.com

FTC
Stephanie Wilkinson (swilkinson@ftc.gov)
Jonathan Klarfeld (jklarfeld@ftc.gov)
Michael Moiseyev (mmoiseyev@ftc.gov)

Counsel for Committee
bseigel@buchalter.com; jgarfinkle@buchalter.com

Committee/Counsel for Committee
Sharon.Weiss@hro.com; yesim.h.brisbane@siemens.com; wayne.mathias@roche.com;
neal.domeyer@diasorin.com; jonathan.isaac@QIAGEN.com; jsavory@broe.com;
ross.martin@ropesgray.com; Jonathan.Reisman@ropesgray.com; bseigel@buchalter.com;
jgarfinkle@buchalter.com

Secured
info@julesandassociates.com; lolandese@labarrington.com; cjanik@labarrington.com;
rrogers@winston.com; mweiss@capitalsource.com; info@hologic.com; general_askml@ml.com;
askmlbiz@ml.com; joseph.e.jones@diagnostics.com; rborsos@kreisenderle.com;
wendy.brewer@btlaw.com; sales@tcfef.com; rrogers@winston.com; telebank@bmtc.com