```
RON BENDER (SBN 143364)
JACQUELINE L. RODRIGUEZ (SBN 198838)
TODD M. ARNOLD (SBN 221868)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, RANKIN
 & BRILL L.L.P.
10250 Constellation Boulevard,
Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234;
Facsimile:  (310) 229-1244
Email: rb@lnbrb.com; jlr@lnbrb.com;
tma@lnbrb.com; jpf@lnbrb.com

[Proposed] Attorneys for
Chapter 11 Debtors and Debtors in Possession
```

**FILED & ENTERED**

**JUN 29 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ngo        DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br><br>　　　　Debtor.<br>_____<br><br>BIOLABS, INC.,<br><br>　　　　Debtor.<br>_____<br><br>☒ Affects Both Debtors<br><br>☐ Affects WESTCLIFF MEDICAL<br>　　LABORATORIES, INC. only<br><br>☐ Affects BIOLABS, INC. only | Case No. 8:10-bk-16743-TA<br>Lead Case, Jointly Administered<br>with Case No. 8:10-bk-16746-TA<br><br>Chapter 11 Cases<br><br>**ORDER APPROVING STIPULATION ALLOCATING DISTRIBUTION OF SALE PROCEEDS AND OTHER ASSETS OF THE ESTATES; ALLOWING CLAIM OF GE BUSINESS FINANCIAL SERVICES, INC.; PROVIDING FOR TREATMENT OF SUCH CLAIM UNDER A CHAPTER 11 PLAN; AND GRANTING RELEASES OF LIABILITY**<br><br><u>Court Scheduled Hearing:</u><br>Date:　June 3, 2010<br>Time:　2:30 p.m.<br>Place: Courtroom "5B"<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701-4593 |

1

The Court having considered the Stipulation Allocating Distribution of Sale Proceeds and Other Assets of the Estates; Allowing Claim of GE Business Financial Services, Inc.; Providing for Treatment of such Claim under a Chapter 11 Plan; and Granting Releases of Liability ("Stipulation"), a copy of which is attached hereto, having determined that good cause exists for entry of this Order and that notice and an opportunity for hearing were appropriate under the circumstances, it is hereby:

ORDERED that the Stipulation is approved in all respects, and all terms and conditions of the Stipulation are incorporated herein and are SO ORDERED and that, without limiting the generality of the foregoing (a) Agent shall have an allowed claim in the amount to be calculated in accordance with and on the terms set forth in the Stipulation, the (b) the releases granted to the "Released Parties" (as defined in the Stipulation) are approved and shall be in full force and effect;

ORDERED that this Order shall be effective immediately upon entry and that no stay of execution under the Federal Rules of Civil Procedure or the Bankruptcy Rules shall be applicable.

###

DATED: June 29, 2010

_Theodor C. Albert_
United States Bankruptcy Judge

2

| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC., Debtor(s).<br>BIOLABS, INC.,<br>Debtor. | CHAPTER 11<br>Case No. 8:10-bk-16743-TA<br>Jointly Administered with Case No. 8:10-bk-16746-TA |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION ALLOCATING DISTRIBUTION OF SALE PROCEEDS AND OTHER ASSETS OF THE ESTATES; ALLOWING CLAIM OF GE BUSINESS FINANCIAL SERVICES, INC.; PROVIDING FOR TREATMENT OF SUCH CLAIM UNDER A CHAPTER 11 PLAN; AND GRANTING RELEASES OF LIABILITY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, **2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 17, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Via Attorney Service**
Hon. Theodor Albert
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

Service by E-Mail:

Office of the U.S. Trustee
Frank.Cadigan@usdoj.gov;  nancy.goldenberg@usdoj.gov; Terry.Biers@usdoj.gov

Counsel to GE Business Financial Services, Inc.
rrogers@winston.com; jrawlins@winston.com

Counsel for Committee
bseigel@buchalter.com; jgarfinkle@buchalter.com

3

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 17, 2010** | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

4

| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC., Debtor(s).<br>BIOLABS, INC.,<br>Debtor. | CHAPTER  11<br>Case No. 8:10-bk-16743-TA<br>Jointly Administered with Case No. 8:10-bk-16746-TA |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER APPROVING STIPULATION ALLOCATING DISTRIBUTION OF SALE PROCEEDS AND OTHER ASSETS OF THE ESTATES; ALLOWING CLAIM OF GE BUSINESS FINANCIAL SERVICES, INC.; PROVIDING FOR TREATMENT OF SUCH CLAIM UNDER A CHAPTER 11 PLAN; AND GRANTING RELEASES OF LIABILITY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 17, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold    tma@lnbrb.com
- Richard L Barnett    rick@barnettrubin.com, rlbsec@barnettrubin.com
- Ron Bender    rb@lnbrb.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Carol J Fogleman    mfrost@bwslaw.com
- John-patrick M Fritz    jpf@lnbrb.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michael J Heyman    michael.heyman@klgates.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Michael B Lubic    michael.lubic@klgates.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jacqueline L Rodriguez    jlr@lnbrb.com
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Sharon Z Weiss    sharon.weiss@hro.com

☐Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

5

<u>Debtor</u>
Westcliff Medical Laboratories, Inc.
1821 E. Dyer Road, #100
Santa Ana, CA 92705-0000

☐Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                **F 9021-1.1**