JEFFREY K. GARFINKLE (Cal. State Bar No. 153496)
BENJAMIN S. SEIGEL (Cal. State Bar No. 59992)
JOSEPH M. WELCH (Cal. State Bar No. 259308)
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:    (949) 760-1121
Facsimile:    (949) 720-0182
Email: jgarfinkle@buchalter.com
       bseigel@buchalter.com
       jwelch@buchalter.com

[Proposed] Counsel to the
Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br><br>Debtor.<br><br>BIOLABS, INC.,<br><br>Debtor.<br><br>☒ Affects Both Debtors<br><br>☐ Affects WESTCLIFF MEDICAL LABORATORIES, INC. only<br><br>☐ Affects BIOLABS, INC. only | Lead Case No.: 8:10-bk-16743-TA<br>Jointly Administered with<br>Case No. 8:10-bk-16746-TA<br><br>Chapter 11<br><br>**DECLARATION OF JEFFREY K. GARFINKLE RE SERVICE AND NON-RESPONSE TO APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF BUCHALTER NEMER, A PROFESSIONAL CORPORATION AS COUNSEL TO THE OFFICIAL COMMITTEE *NUNC PRO TUNC* TO MAY 24, 2010**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)] |

I, Jeffrey K. Garfinkle, declare:

1.    I am an attorney duly admitted to practice in the State of California and, *inter alia*, all the United States District Courts in California. I am a shareholder of Buchalter Nemer, a Professional Corporation (the "Firm"). I submit this declaration, pursuant to Local Bankruptcy

Rule 2014-1(b)(4) of the Local Bankruptcy Rules for the United States Bankruptcy Court of the Central District of California (the "Local Bankruptcy Rules"), in support of the Application for an Order Authorizing Employment of the Firm as Counsel to the Official Committee *Nunc Pro Tunc* to May 24, 2010 [Docket No. 120] ("Application"). Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.   On June 14, 2010, the Official Committee of Unsecured Creditors ("the Committee") appointed in the above-captioned Chapter 11 case of Westcliff Medical Laboratories, Inc. (together with BioLabs, Inc., the "Debtors") filed and served the Application. A true and complete copy of the Application (with proof of service) is attached hereto as Exhibit 1 and incorporated herein by reference.

3.   Also on June 14, 2010, the Committee filed and served its Notice of Application [Docket No. 121] ("Notice"). A true and complete copy of the Notice (with proof of service) is attached hereto as Exhibit 2 and incorporated herein by reference.

4.   The Notice directed the attention of all interested parties to Local Bankruptcy Rules 2014-1(b)(3)(E) and 9013-1(f)(1) and required any response or request for hearing to be "filed and served on the Firm and the United States Trustee not later than ***fourteen (14) days*** from the date of mailing this Notice." (Emphasis in original.) Further, the Notice provided that failure to file and serve a written response may result in "a waiver of your rights to oppose the [A]pplication" and the Court may "grant the relief requested."

5.   As of the date of the execution of this declaration, no objections, responses or hearing requests to the Application have been received by the Firm. Further, as of this date, a review of the Court's docket, as maintained through the ECF system, does not reflect the filings of any objections, responses or hearing requests.

6.   Based on the foregoing, the Firm respectfully requests that this Court enter an order granting the Application. A proposed order granting the Application is attached hereto as Exhibit 3 and will be lodged contemporaneously with the submission of this declaration.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION

BN 6499755v1                                  2
DECLARATION OF JEFFREY K. GARFINKLE RE SERVICE AND NON-RESPONSE TO
APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF BUCHALTER NEMER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2010, at Irvine, California.

_____
JEFFREY K. GARFINKLE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION

BN 6499755v1                                3
**DECLARATION OF JEFFREY K. GARFINKLE RE SERVICE AND NON-RESPONSE TO APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF BUCHALTER NEMER**