RON BENDER (SBN 143364)
JACQUELINE L. RODRIGUEZ (SBN 198838)
TODD M. ARNOLD (SBN 221868)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; jlr@lnbyb.com;
       tma@lnbyb.com; jpf@lnbyb.com

Attorneys for Chapter 11 Debtors and Debtors in Possession

**FILED & ENTERED**

SEP 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br><br>        Debtor.<br>_____<br><br>BIOLABS, INC.,<br><br>        Debtor.<br>_____<br><br>☒ Affects Both Debtors<br><br>☐ Affects WESTCLIFF MEDICAL LABORATORIES, INC. only<br><br>☐ Affects BIOLABS, INC. only | Case No. 8:10-bk-16743-TA<br>Lead Case, Jointly Administered with Case No. 8:10-bk-16746-TA<br><br>Chapter 11 Cases<br><br>**ORDER RE: HEARING ON ISSUES RELATING TO CURE, ASSUMPTION, AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR PARTIES THAT FILED OBJECTIONS TO DEBTORS' SALE MOTION [DOCKET ENTRY NO.72] FILED ON MAY 28, 2010**<br><br>Original Hearing:<br>Date: August 25, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom "5B"<br>      411 West Fourth Street<br>      Santa Ana, CA 92701-4593<br><br>Continued Hearing:<br>Date: October 6, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom "5B"<br>      411 West Fourth Street<br>      Santa Ana, CA 92701-4593 |

On August 25, 2010, at 10:00 a.m., the Court held a hearing at the above-referenced location to address certain objections (the "Objections") regarding cure amounts, assumption, assignment, and adequate assurance concerning certain contracts and leases in connection with the sale motion (the "Sale Motion") [docket entry no. 72] filed by Westcliff Medical Laboratories, Inc. and Biolabs, Inc. (the "Debtors"). Appearances were made as set forth on the record.

The Limited Objection [docket entry no. 90] filed by Grifols USA LLC on June 2, 2010, was resolved by stipulation [docket entry no. 197] and approved by order of the Court [docket entry no. 208].

The Limited Objection [docket entry no. 89] filed by Roche Diagnostics Corporation on June 2, 2010, is off calendar per the agreement of the parties until further notice.

The only two Objections that remain at issue are (1) the Opposition [docket entry no. 91] filed by Mission Hospital Regional Medical Center dba Mission Hospital ("Mission Hospital") on June 2, 2010 (the "Mission Opposition"), and (2) the Objection [docket entry no. 94] filed by Beckman Coulter, Inc. ("Beckman") on June 2, 2010 (the "Beckman Opposition").

Upon consideration of the foregoing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The hearings on the Mission Opposition and the Beckman Opposition are hereby continued to October 6, 2010, at 10:00 a.m., at the above-referenced location.

2. The deadline for the Debtors and any other parties in interest to file any supplemental pleadings and evidence in

2

1 | response to the Mission Opposition and the Beckman Opposition (the
2 | "Supplemental Pleadings") is September 24, 2010.
3 |     3.    The deadline for the Mission and Beckman and any other
4 | parties in interest to file any pleadings and evidence in reply to
5 | the Supplemental Pleadings is October 1, 2010.
6 |                                   ###

DATED: September 17, 2010

*Theodor C. Albert*
United States Bankruptcy Judge

3

AGREED AS TO FORM:

Dated: September 2, 2010

BARNETT & RUBIN, APC

By: */s/ Richard Barnett*
    Richard Barnett
    Attorney for Mission Hospital
    Regional Medical Center

Dated: August 31, 2010

HEMAR, ROUSSO & HEALD, LLP

By: */s/ Jennifer Witherell Crastz*
    Jennifer Witherell Crastz
    Attorneys for Beckman Coulter, Inc.

Dated: September 1, 2010

K&L GATES LLP

By: */s/ Michael Benjamin Lubic*
    Michael Benjamin Lubic
Attorneys for LabWest, Inc.

In re:
WESTCLIFF MEDICAL LABORATORIES, INC.,
BIOLABS, INC.,
                                                        Debtors.

CHAPTER   11
Case No. 8:10-bk-16743
Jointly Administered with Case No. 8:10-bk-16746

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **ORDER RE: HEARING ON ISSUES RELATING TO CURE, ASSUMPTION, AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR PARTIES THAT FILED OBJECTIONS TO DEBTORS' SALE MOTION [DOCKET ENTRY NO.72] FILED ON MAY 28, 2010** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 7, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Service by U.S. Mail**

Counsel for Beckman Coulter, Inc.
Jennifer Witherell Crastz
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Counsel for LabWest, Inc.
Michael Benjamin Lubic
K&L Gates LLP
10100 Santa Monica Blvd 7th FL
Los Angeles, CA 90067

Counsel for Beckman Coulter, Inc.
Scott Schuster
Bernstein Law Firm
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Hon. Theodor Albert
United States Bankruptcy Court
Courtroom 5B
411 West Fourth Street
Santa Ana, CA 92701

Counsel for Mission Hospital
Regional Medical Center
Richard Barnett
Barnett & Rubin
5450 Trabuco Road
Irvine, CA 92620

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 7, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9013-3.1**

| | |
|---|---|
| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br>BIOLABS, INC.,<br>Debtors. | CHAPTER 11<br>Case No. 8:10-bk-16743<br>Jointly Administered with Case No. 8:10-bk-16746 |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER RE: HEARING ON ISSUES RELATING TO CURE, ASSUMPTION, AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR PARTIES THAT FILED OBJECTIONS TO DEBTORS' SALE MOTION [DOCKET ENTRY NO.72] FILED ON MAY 28, 2010** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 7, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold    tma@lnbrb.com
- Richard L Barnett    rick@barnettrubin.com, rlbsec@barnettrubin.com
- Ron Bender    rb@lnbrb.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Carol J Fogleman    mfrost@bwslaw.com
- John-patrick M Fritz    jpf@lnbrb.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael J Heyman    michael.heyman@klgates.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Matthew A Lesnick    matt@lesnicklaw.com
- Michael B Lubic    michael.lubic@klgates.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jacqueline L Rodriguez    jlr@lnbrb.com
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano    dshemano@pwkllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Joseph M Welch    jwelch@buchalter.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtors
Westcliff Medical Laboratories, Inc.
BioLabs, Inc.
1821 E. Dyer Road, #100
Santa Ana, CA 92705

7

1   **III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                   **F 9021-1.1**