RON BENDER (SBN 143364)
JACQUELINE L. RODRIGUEZ (SBN 198838)
TODD M. ARNOLD (SBN 221868)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; jlr@lnbyb.com;
       tma@lnbyb.com; jpf@lnbyb.com

Attorneys for Chapter 11 Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br><br>　　　　Debtor.<br>_____<br>BIOLABS, INC.,<br><br>　　　　Debtor.<br>_____<br>☒ Affects Both Debtors<br><br>☐ Affects WESTCLIFF MEDICAL<br>　 LABORATORIES, INC. only<br><br>☐ Affects BIOLABS, INC. only | Case No. 8:10-bk-16743-TA<br>Lead Case, Jointly Administered<br>with Case No. 8:10-bk-16746-TA<br><br>Chapter 11 Cases<br><br>STIPULATION RESOLVING MISSION HOSPITAL'S LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER: (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (EXCLUDING CASH AND ACCOUNTS RECEIVABLE) FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; (2) APPROVING OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF<br><br>Scheduled Hearing:<br>Date:　October 6, 2010<br>Time:　10:00 a.m.<br>Place:　Courtroom "5B"<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701-4593 |

1

Westcliff Medical Laboratories, Inc. ("Westcliff") and Biolabs, Inc. ("Biolabs" and collectively with Westcliff, the "Debtors"), LabWest, Inc. fka Wave Newco, Inc. ("LabWest"), and Mission Hospital Regional Medical Center dba Mission Hospital ("Mission Hospital") hereby enter into this Stipulation (the "Stipulation") Resolving Mission Hospital's Limited Objection to Debtors' Motion for an Order: (1) Approving Sale of Substantially All of the Debtors' Assets (Excluding Cash and Accounts Receivable) Free and Clear of All Liens, Claims and Interests; (2) Approving of Debtors' Assumption and Assignment of Unexpired Leases and Executory Contracts and Determining Cure Amounts; (3) Waiving the 14-Day Stay Periods Set Forth in Bankruptcy Rules 6004(h) and 6006(d); and (4) Granting Related Relief (the "Sale Motion"), based on the following recitals of fact:

### RECITALS

A. On May 19, 2010 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, sections 101 et seq. in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Court"). The Debtors have continued to operate their businesses and manage their affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108 since the Petition Date.

B. On May 28, 2010, the Debtors filed the Sale Motion. Pursuant to the Sale Motion, the Debtors sought, among other things, to potentially assume and assign to LabWest the non-residential real property leases (the "Leases") for the following locations (a) 26732 Crown Valley Parkway, #572, Mission Viejo, CA

92691, and (b) 27800 Medical Center Road, #118, Mission Viejo, CA 92691.

C.   On or about June 2, 2010, Mission Hospital filed its Limited Opposition to the Sale Motion (the "Limited Opposition"). By way of the Limited Opposition, Mission Hospital objected to the potential assumption and assignment of the Leases on the grounds that the Debtors and LabWest had not provided adequate assurance of future performance by LabWest and that there were issues regarding the proposed cure amounts for the Leases (the "Cure Amounts").

D.   LabWest has addressed Mission Hospital's concerns regarding adequate assurance of future performance in a manner acceptable to Mission Hospital.

## AGREEMENT

BASED UPON THE FOREGOING RECITALS OF FACT, WHICH ARE HEREBY INCORPORATED BY THIS REFERENCE, IT IS HEREBY STIPULATED, CONSENTED, AND AGREED BY AND AMONG THE PARTIES HERETO AS FOLLOWS:

1.   Upon entry of an order approving this Stipulation:

  a.   the Cure Amount for the Leases will be deemed to be $0 and Mission Hospital shall have no claims against the Debtors or their bankruptcy estates,

  b.   the Debtors will be deemed to have assumed the Leases and assigned them to LabWest, effective as of June 16, 2010,

  c.   LabWest will be deemed to be liable for all obligations arising under the Leases from and after June 16, 2010, and

  d.   Mission Hospital will be deemed to have withdrawn its Limited Opposition to the Sale Motion, with prejudice, and

e.  Each of the Debtors, Mission Hospital and LabWest will bear its own attorneys' fees and costs arising out of or related to the Sale Motion, the Limited Opposition, the assumption and assignment of the Leases, this Stipulation and all matters related thereto.

2. The parties agree that the Court has and shall retain exclusive jurisdiction over the interpretation or enforcement of this Stipulation and the Sale Motion and the issues raised therein.

3. This Stipulation may be executed in counterparts, and all such executed counterparts when taken together shall constitute an original of one and the same document. Counterparts may be transmitted by facsimile, electronic mail or other electronic means.

AGREED:

Dated: September 30, 2010

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: /s/ Todd M. Arnold
    RON BENDER
    TODD M. ARNOLD
    Attorneys for Chapter 11
    Debtors and Debtors in Possession

Dated: September __, 2010

K&L GATES LLP

By: _____
    MICHAEL B. LUBIC
    Attorneys for LabWest, Inc.
    fka Wave Newco, Inc.

BARNETT & RUBIN, A PROFESSIONAL CORPORATION

By: _____
    RICHARD BARNETT
    Attorneys for Mission Hospital Regional Medical Center
    dba Mission Hospital

e. Each of the Debtors, Mission Hospital and LabWest will bear its own attorneys' fees and costs arising out of or related to the Sale Motion, the Limited Opposition, the assumption and assignment of the Leases, this Stipulation and all matters related thereto.

2. The parties agree that the Court has and shall retain exclusive jurisdiction over the interpretation or enforcement of this Stipulation and the Sale Motion and the issues raised therein.

3. This Stipulation may be executed in counterparts, and all such executed counterparts when taken together shall constitute an original of one and the same document. Counterparts may be transmitted by facsimile, electronic mail or other electronic means.

AGREED:

Dated: September ___, 2010

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: _____
RON BENDER
TODD M. ARNOLD
Attorneys for Chapter 11
Debtors and Debtors in Possession

Dated: September 30, 2010

K&L GATES LLP

By: _____
MICHAEL B. LUBIC
Attorneys for LabWest, Inc.
fka Wave Newco, Inc.

BARNETT & RUBIN, A PROFESSIONAL CORPORATION

By: _____
RICHARD BARNETT
Attorneys for Mission Hospital Regional Medical Center
dba Mission Hospital

4

| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER Lead Case No. 8:10-bk-16743-TA<br>Jointly Administered with Case No. 8:10-bk-16746-TA |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as

**STIPULATION RESOLVING MISSION HOSPITAL'S LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER: (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (EXCLUDING CASH AND ACCOUNTS RECEIVABLE) FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; (2) APPROVING OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 1, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold    tma@lnbrb.com
- Richard L Barnett    rick@barnettrubin.com, rlbsec@barnettrubin.com
- Ron Bender    rb@lnbrb.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Carol J Fogleman    mfrost@bwslaw.com
- John-patrick M Fritz    jpf@lnbrb.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael J Heyman    michael.heyman@klgates.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Matthew A Lesnick    matt@lesnicklaw.com
- Michael B Lubic    michael.lubic@klgates.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jacqueline L Rodriguez    jlr@lnbrb.com
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano    dshemano@pwkllp.com
- Philip E Strok    pstrok@wgllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Joseph M Welch    jwelch@buchalter.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| WESTCLIFF MEDICAL LABORATORIES, INC.     Debtor(s). | CASE NUMBER Lead Case No. 8:10-bk-16743-TA<br>Jointly Administered with Case No. 8:10-bk-16746-TA |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On October 1, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Via Overnight Mail
The Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

In re Westcliff Medical Laboratories
In re BioLabs, Inc.
File No. 4367
RSN

Service by U.S. MAIL
or NEF if marked with *

Debtors
Westcliff Medical Laboratories, Inc.
BioLabs, Inc.
1821 E. Dyer Road, #100
Santa Ana, CA 92705

Committee-RSN
Benjamin Seigel/Jeffrey Garfinkle **NEF** *
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457

Frank Cadigan
Nancy Goldenberg
Terry Biers
Office of the U.S. Trustee
411 West Fourth St. Suite 9041
Santa Ana, CA 92701

Counsel for Health Net, Inc.-RSN
Pillsbury Winthrop Shaw Pittman LLP
Attn: Mark D. Houle, Esq. **NEF** *
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

RSN
Los Angeles County Treasurer and Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Steven A. Oldham, Sr. Staff Atty
State of CA, Dept. of Health Care Services
Office of Legal Services-MS 0010
P.O. Box 997413
Sacramento, CA 95899-7413

RSN
Rita A. Woodard
Treasurer-Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA 93291-4593

RSN
Robert Brill, Of Counsel
Grant Callison, VP
Cambridge Healthcare Properties, Inc.
1717 Main Street, 59th Floor
Dallas, TX 75201

RSN
Counsel to Creditor Google
Scott E. Blakeley/Johnny White
Blakeley & Blakeley
2 Park Plaza, Suite 400
Irvine, CA 92614

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 1, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*      **F 9013-3.1**