FILED & ENTERED

OCT 04 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels   DEPUTY CLERK

RON BENDER (SBN 143364)
JACQUELINE L. RODRIGUEZ(SBN 198838)
TODD M. ARNOLD (SBN 221868)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
10250 Constellation Boulevard,
Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234;
Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; jlr@lnbyb.com;
       tma@lnbyb.com; jpf@lnbyb.com

Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br><br>        Debtor.<br>_____<br><br>BIOLABS, INC.,<br><br>        Debtor.<br>_____<br><br>☒ Affects Both Debtors<br><br>☐ Affects WESTCLIFF MEDICAL<br>   LABORATORIES, INC. only<br><br>☐ Affects BIOLABS, INC. only<br>_____ | ) Case No. 8:10-bk-16743-TA<br>) Lead Case, Jointly Administered<br>) with Case No. 8:10-bk-16746-TA<br>)<br>) Chapter 11 Cases<br>)<br>) **ORDER RE: STIPULATION RESOLVING**<br>) **MISSION HOSPITAL'S LIMITED**<br>) **OBJECTION TO DEBTORS' MOTION FOR**<br>) **AN ORDER: (1) APPROVING SALE OF**<br>) **SUBSTANTIALLY ALL OF THE DEBTORS'**<br>) **ASSETS (EXCLUDING CASH AND**<br>) **ACCOUNTS RECEIVABLE) FREE AND**<br>) **CLEAR OF ALL LIENS, CLAIMS AND**<br>) **INTERESTS; (2) APPROVING OF**<br>) **DEBTORS' ASSUMPTION AND**<br>) **ASSIGNMENT OF UNEXPIRED LEASES**<br>) **AND EXECUTORY CONTRACTS AND**<br>) **DETERMINING CURE AMOUNTS; (3)**<br>) **WAIVING THE 14-DAY STAY PERIODS**<br>) **SET FORTH IN BANKRUPTCY RULES**<br>) **6004(h) AND 6006(d); AND (4)**<br>) **GRANTING RELATED RELIEF**<br>)<br>)<br>) <u>Scheduled Hearing</u>:<br>) Date:  October 6, 2010<br>) Time:  10:00 a.m.<br>) Place: Courtroom "5B"<br>)        411 West Fourth Street<br>)        Santa Ana, CA 92701-4593<br>) |

1   Upon consideration of the STIPULATION RESOLVING MISSION

2   HOSPITAL'S LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER: (1)

3   APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

4   (EXCLUDING CASH AND ACCOUNTS RECEIVABLE) FREE AND CLEAR OF ALL

5   LIENS, CLAIMS AND INTERESTS; (2) APPROVING OF DEBTORS' ASSUMPTION

6   AND ASSIGNMENT OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND

7   DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET

8   FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING

9   RELATED RELIEF (the "Stipulation")[1] entered into by the Debtors,

10   LabWest, and Mission Hospital, and for good cause appearing,

11   **IT IS HEREBY ORDERED AS FOLLOWS:**

12   1.   The Stipulation is hereby approved in its entirety.

13   2.   Upon entry of this order and execution of the Guaranty

14   Agreement attached to the Stipulation as Exhibit "1,"

15   notwithstanding any prior acts taken by the Debtors or LabWest,

16       a.   the Cure Amount for the Leases will be deemed to be

17       $0 and Mission Hospital shall have no claims against the

18       Debtors or their bankruptcy estates,

19       b.   the Debtors will be deemed to have assumed the

20       Leases and assigned them to LabWest, effective as of June 16,

21       2010,

22       c.   LabWest will be deemed to be liable for all

23       obligations arising under the Leases from and after June 16,

24       2010, and

25       d.   Mission Hospital will be deemed to have withdrawn

26       its Limited Opposition to the Sale Motion, with prejudice; and

27

28

---

[1] All capitalized terms herein have the same meanings as in the Stipulation.

2

1    3.    The Court has and shall retain exclusive jurisdiction

2  over the interpretation or enforcement of the Stipulation and the

3  Sale Motion and the issues raised therein.

4    **IT IS SO ORDERED.**

5                                    **# # #**

DATED: October 4, 2010

_____
United States Bankruptcy Judge

In re:

WESTCLIFF MEDICAL LABORATORIES, INC.,

BIOLABS, INC.,

                                                    Debtors.

CHAPTER  11

Case No. 8:10-bk-16743

Jointly Administered with Case No. 8:10-bk-16746

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as **ORDER RE: STIPULATION RESOLVING MISSION HOSPITAL'S LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER: (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (EXCLUDING CASH AND ACCOUNTS RECEIVABLE) FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; (2) APPROVING OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 1, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via Overnight Mail**
The Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

| | | |
|---|---|---|
| In re Westcliff Medical Laboratories<br>In re BioLabs, Inc.<br>File No. 4367<br>RSN | Service by U.S. MAIL<br>or NEF if marked with * | Counsel for Beckman Coulter<br>Jennifer Witherell Crastz<br>Hemar Rousso & Heald LLP<br>15910 Ventura Bl 12th Fl<br>Encino, CA 91436-2829 |
| Debtors<br>Westcliff Medical Laboratories, Inc.<br>BioLabs, Inc.<br>1821 E. Dyer Road, #100<br>Santa Ana, CA 92705 | Committee-RSN<br>Benjamin Seigel/Jeffrey Garfinkle **NEF ***<br>Buchalter Nemer<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, California 90017-2457 | Frank Cadigan<br>Nancy Goldenberg<br>Terry Biers<br>Office of the U.S. Trustee<br>411 West Fourth St. Suite 9041<br>Santa Ana, CA 92701 |

1.

4

Counsel for Health Net, Inc.-RSN
Pillsbury Winthrop Shaw Pittman LLP
Attn:  Mark D. Houle, Esq. **NEF** *
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

RSN
Los Angeles County Treasurer and Tax
Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Steven A. Oldham, Sr. Staff Atty
State of CA, Dept. of Health Care Servi
Office of Legal Services-MS 0010
P.O. Box 997413
Sacramento, CA 95899-7413

RSN
Rita A. Woodard
Treasurer-Tax Collector
221 S. Mooney Blvd., Room 104-E
Visalia, CA 93291-4593

RSN
Robert Brill, Of Counsel
Grant Callison, VP
Cambridge Healthcare Properties, Inc.
1717 Main Street, 59th Floor
Dallas, TX 75201

RSN
Counsel to Creditor Google
Scott E. Blakeley/Johnny White
Blakeley & Blakeley
2 Park Plaza, Suite 400
Irvine, CA 92614

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 1, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                           **F 9013-3.1**

| | |
|---|---|
| In re:<br>WESTCLIFF MEDICAL LABORATORIES, INC.,<br>BIOLABS, INC.,<br><div align="right">Debtors.</div> | CHAPTER  11<br>Case No. 8:10-bk-16743<br>Jointly Administered with Case No. 8:10-bk-16746 |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER RE: STIPULATION RESOLVING MISSION HOSPITAL'S LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER: (1) APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS (EXCLUDING CASH AND ACCOUNTS RECEIVABLE) FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; (2) APPROVING OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(h) AND 6006(d); AND (4) GRANTING RELATED RELIEF** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursua nt to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 1, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold    tma@lnbrb.com
- Richard L Barnett    rick@barnettrubin.com, rlbsec@barnettrubin.com
- Ron Bender    rb@lnbrb.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Carol J Fogleman    mfrost@bwslaw.com
- John-patrick M Fritz    jpf@lnbrb.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael J Heyman    michael.heyman@klgates.com
- Mark D Houle    mark.houle@pillsburylaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Matthew A Lesnick    matt@lesnicklaw.com
- Michael B Lubic    michael.lubic@klgates.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jacqueline L Rodriguez    jlr@lnbrb.com
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano    dshemano@pwkllp.com
- Philip E Strok    pstrok@wgllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Joseph M Welch    jwelch@buchalter.com

1

2

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

3

4

5

Debtors
Westcliff Medical Laboratories, Inc.
BioLabs, Inc.
1821 E. Dyer Road, #100
Santa Ana, CA 92705

6

7

8

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

9

10

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                         **F 9021-1.1**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7